**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| VALERIA GUNKOVA, ) | Case No. 23-11261-BFK |
| ) | Chapter 11 |
| Debtor-In-Possession ) | |
| ) | |

**NOTICE OF CONTINGENT, UNLIQUIDATED AND/OR DISPUTED CLAIMS**

PLEASE TAKE NOTICE that on August 3, 2023, Valeria V. Gunkova filed a Schedule F listing the following claims as contingent, unliquidated and/or disputed:

| NAME OF SCHEDULED CREDITOR | AMOUNT SCHEDULED | STATUS OF SCHEDULED CLAIM |
|---|---|---|
| | | |
| Harry Kamin | $14,000,000.00 | Disputed, contingent, unliquidated |

Date: August 8, 2023

Signature, name, address and telephone number of person giving notice:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
7918 Jones Branch Dr.
4th Floor
McLean, VA 22102
703-223-1822 Office
703-474-3436 Cell
Jeff@martinlawgroupva.com
Counsel for the Debtor

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of August, 2023, a true copy of the Notice of Contingent, Unliquidated and/or Contingent Claims, was served by CM/ECF on all parties requesting such notice, and by first class mail, postage prepaid, to the following:

Harry Kamin
320 S. Surf Rd., Apt. 504
Hollywood, FL 33019-2033

Bethany R. Benes
3975 Fair Ridge Dr. South Suite 246
Fairfax, VA 22033-2911

                                            /s/ Jeffery T. Martin, Jr.
                                            Jeffery T. Martin, Jr.