Gerard R. Vetter
Acting United States Trustee
Region 4
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229
Jack Frankel, Attorney, VSB # 15019

# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

In re:                                                                  Case No. 23-11261-BFK

**Valeria V. Gunkova**                                                  Chapter 11

### Order Denying Approval of the Employment of
### Jeffery T. Martin, Jr. as Attorney for the Debtor

The application to approve the employment of Jeffery T. Martin, Jr. and The Martin Law Group, P.C., as attorney for the Debtor, came before the Court, for hearing, on September 12, 2023. Docket No. 16.

The Acting United States Trustee filed an objection to the application. Docket No. 26.

For reasons stated from the bench, the Court finds that Jeffery T. Martin, Jr. and The Martin Law Group, P.C., are not "disinterested persons" as required by Section 327(a) of the Bankruptcy Code.

Ordered:

1. The employment application is denied.

2. The clerk shall serve a copy of this order on the parties listed below.

Sep 15 2023

/s/ Brian F Kenney
BRIAN F. KENNEY
Bankruptcy Judge

Entered On Docket: September 18, 2023

Gerald R. Vetter
Acting United States Trustee
For Region

/s/ Jack Frankel
Jack Frankel, Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7229

Seen and Objected:

/s/ Jeffery T. Martin (by permission, no original)
Jeffery T. Martin, Jr., Attorney
VSB No. 71860
Martin Law Group, P.C.
*Attorney for Debtor*
7918 Jones Branch Drive, 4th Floor
McLean, VA 22102
(703) 223-1822
Email: jeff@martinlawgroupva.com

Seen:

/s/ Bethany R. Benes (by permission, no original)
Bethany R. Benes, Attorney
BETHUNE BENES, PLLC
*Attorney for Harry Kamin*
3975 Fair Ridge Drive
South Terrace, Suite 25C
Fairfax, VA 22033
(703) 260-9622
Email: bbenes@bethunebenes.com

cc:

Angela L. Shortall
*Subchapter V Trustee*
111 S Calvert Street, Suite 1400
Baltimore, MD 21202

Valeria V. Gunkova
*Debtor*
20701 Riptide Sq.
Sterling, VA 20165

## Certificate of Service

I hereby certify that on the 14th day of September, 2023, I e-mailed a true copy of this order to the attorneys listed above.

/s/ Jack Frankel