Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Harry Kamin,
individually and on behalf of BNG Group LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | |
| VALERIA V. GUNKOVA, | Case No. 23-11261-BFK |
| Debtor. | Chapter 11 |

### MR. KAMIN'S WITNESS AND EXHIBIT LISTS

Harry Kamin, individually and on behalf of BNG Group LLC (together, "Mr. Kamin") submits the following List of Witnesses and Exhibits to be used at the hearing scheduled for October 23, 2023 at 9:30 a.m.

### WITNESS LIST

Mr. Kamin anticipates he may call the following person(s) as a witness at the hearing:

1. Mark Vogel;

2. Valeria Gunkova;

3. Stephen Metz, Trustee for Skin Logic LLC;

4. Kristen Welch;

5. Any witness called or designated by any other party-in-interest.

## EXHIBIT LIST

Mr. Kamin anticipates he may introduce the following Exhibits at the hearing:

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| Kamin 1. | Closing Documents | | |
| Kamin 2. | Loan and Security Agreement (AUB 76-90) | | |
| Kamin 3. | Operating Agreement of BNG Group dated September 20, 2019 (AUB 2003-2035) | | |
| Kamin 4. | February 2020 BNG Operating Agreement (AUB 3214-3247) | | |
| Kamin 5. | March 2020 BNG Operating Agreement | | |
| Kamin 6. | First Amendment to Operating Agreement dated March 14, 2020 (FREEDMAN 003-005) | | |
| Kamin 7. | Membership Interest Transfer Agreement dated May 16, 2020 | | |
| Kamin 8. | Amendment No. 1 to Contract of Sale | | |
| Kamin 9. | Amendment No. 2 to Contract of Sale | | |
| Kamin 10. | Amendment No. 3 to Contract of Sale | | |
| Kamin 11. | Operating Agreement of Skin Logic LLC dated April 10, 2020 (AUB 2214-2247) | | |
| Kamin 12. | April 10, 2020 Skin Logic Operating Agreement (AUB 12352-12385) | | |
| Kamin 13. | Undated Skin Logic Operating Agreement ("Skin Operating Agreement 12 – 4746D9.pdf") | | |
| Kamin 14. | Guaranty Note dated Feb. 1, 2021 (EagleBank 488-491) | | |
| Kamin 15. | Company Resolution dated Feb. 2021 (EagleBank 527-528) | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| Kamin 16. | Membership Interest Transfer Agreement (EagleBank 640-643) | | |
| Kamin 17. | April 2021 Meeting of the Members (EagleBank 741-742) | | |
| Kamin 18. | Member Resolution (GUNKOVA 56643-45) | | |
| Kamin 19. | Personal Financial Statement (AUB 455-459) | | |
| Kamin 20. | Personal Financial Statement (AUB 849) | | |
| Kamin 21. | Personal Financial Statement (AUB 859-861) | | |
| Kamin 22. | Borrower Information Form (AUB 867-868) | | |
| Kamin 23. | General Authorization Form (AUB 869) | | |
| Kamin 24. | Borrower Information Form (AUB 870-873) | | |
| Kamin 25. | Lease Amendment (AUB 3133-3134) | | |
| Kamin 26. | Lease Amendment (AUB 3135-3136) | | |
| Kamin 27. | Lease Amendment (AUB 3137-3138) | | |
| Kamin 28. | Lease Amendment (AUB 3139-3140) | | |
| Kamin 29. | Lease Amendment (AUB 3141-3142) | | |
| Kamin 30. | Lease Amendment (AUB 3143-3144) | | |
| Kamin 31. | Lease Amendment (AUB 3145-3146) | | |
| Kamin 32. | Lease Amendment (AUB 3147-3148) | | |
| Kamin 33. | Lease Amendment (AUB 3149-3150) | | |
| Kamin 34. | Lease Amendment (AUB 3151-3152) | | |
| Kamin 35. | Lease Amendment (AUB 3153-3154) | | |
| Kamin 36. | Form 4506-T (FOIA 226) | | |
| Kamin 37. | General Authorization Form (GUNKOVA 38696) | | |
| Kamin 38. | Term Sheet (STRYKER 337-340) | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| Kamin 39. | Residential Loan Agreement (STRYKER 631) | | |
| Kamin 40. | Personal Financial Statement (GUNKOVA 40516-40524) | | |
| Kamin 41. | Financial Partners Group Finance Application (GUNKOVA 56292) | | |
| Kamin 42. | Resolution of Members ("Board resolution.pdf") | | |
| Kamin 43. | Resolution of Member ("Board of director SBA resolution.pdf") | | |
| Kamin 44. | Financing Form and Consulting Agreement ("Florida Mat applicatiom.pdf") | | |
| Kamin 45. | Personal Financial Statement ("Harry D Kamin PFS.pdf") | | |
| Kamin 46. | Resolution ("Resolution 1.29.21.pdf") | | |
| Kamin 47. | Resolution ("Resolutions of Members of Borrower_0002.pdf") | | |
| Kamin 48. | (a) Power of Representation; and (b) Contract for Sale | | |
| Kamin 49. | October 29, 2020 Members Meeting | | |
| Kamin 50. | Amended and Restated Operating Agreement of BNG Group LLC dated October 29, 2020 | | |
| Kamin 51. | Second Amendment to Operating Agreement of BNG Group LLC dated October 29, 2020 | | |
| Kamin 52. | Notice of Default dated September 20, 2023 | | |
| Kamin 53. | Loudoun County Property Tax Records | | |
| Kamin 54. | Email dated September 13, 2022 with attached Settlement Agreement and Release | | |
| Kamin 55. | Letters dated November 1, 2021, November 18, 2021, December 8, 2021, December 13, 2021, January 31, 2022, March 29, 2022, April 25, 2022, May 17, 2022, | | |
| Kamin 56. | Rent Roll dated April 15, 2023 | | |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| Kamin 57. | Rent Roll dated September 28, 2023 | | |
| Kamin 58. | Second Amendment to Office Lease Agreement (GUNKOVA_8216-8221) | | |
| Kamin 59. | BNG Group Account QuickReport dated September 22, 2023 | | |
| Kamin 60. | BNG Group Account QuickReport dated September 27, 2023 | | |
| Kamin 61. | BNG Group Account QuickReport dated October 7, 2023 | | |
| Kamin 62. | Balance Sheet dated October 10, 2023 | | |
| Kamin 63. | Profit and Loss dated October 10, 2023 | | |
| Kamin 64. | Report of Mark Vogel dated July 3, 2023 (KAMIN 3221-3323) | | |
| Kamin 65. | BNG Bank Statements (AUB Account 8041) | | |
| Kamin 66. | BNG Bank Statements (AUB Account 6442) | | |
| Kamin 67. | BNG Bank Statements (TD 8519) | | |
| Kamin 68. | BNG Bank Statements (TD 4863) | | |

Copies of the above-referenced Exhibits are attached. Mr. Kamin reserves the right to introduce additional exhibits or call additional witnesses in rebuttal or otherwise further supplement this List of Witnesses and Exhibits.

Dated: October 18, 2023                     Respectfully submitted:

/s/ Tracey M. Ohm
Marc E. Albert, No. 26096
Tracey M. Ohm, No. 77150
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes, No. 85408
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Harry Kamin and BNG Group LLC*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of October 2023, the forgoing List of Witnesses and Exhibits was served via electronically via Notice of Electronic Filing upon all registered users in this case pursuant to this Court's CM/ECF policy.

/s/ Tracey M. Ohm
Tracey M. Ohm