

August 28, 2020

BNG Group LLC
2 Pidgeon Hill Dr
Sterling, VA 20165

Dear Mr. Kamin and Ms. Gunkova:

This proposal is for discussion purposes and outlines the general terms under which Atlantic Union Bank (the "Bank") may be willing to extend credit. This Term Sheet is for discussion purposes only and is not a commitment to lend, nor does it purport to summarize all of the conditions, covenants, representations, warranties, events of default or other provisions that may be contained in documents required to originate this financing. The terms are nonbinding and are subject to standard credit underwriting, approval and to negotiation and execution of loan documents in form and substance satisfactory to the Bank and its counsel. This Term Sheet is confidential and may not be disclosed to third parties without prior consent of the Bank.

## I) DESCRIPTION OF THE FACILITY

**BORROWER(S):** BNG Group LLC or entity to be named (the "Borrower")

**CREDIT FACILITY:** Up to a $7,520,000, but not to exceed the lesser of 80% of the appraised value or $9,400,000 of the total cost of the Property which will serve as Collateral for this Loan.

**LOAN PURPOSE:** Fund the purchase of 2 Pidgeon Hill Dr, Sterling, VA 20165 (the "Property").

**MATURITY:** The Credit Facility shall terminate 60 months after the closing date.

**COLLATERAL:** (1) First Deed of Trust and Assignment of Rents and Leases on the Property

**GUARANTOR(S):** Unlimited and unconditional, joint and several guarantee from Harry Kamin and Valeria Gunkova (the "Guarantor").

## II) PRICING AND PAYMENT TERMS FOR THE FACILITIES

**INTEREST RATE:** Based on the information provided, the interest rate is currently 3.5% as a standard bank rate and 2.68% for a SWAP rate which will be determined at closing.

The quoted rate is indicative as of the date of this Term Sheet, and may be subject to change due to changes in market conditions and rates at the time of closing and/or the Bank's completed underwriting and final approval of the subject loan request.

**FACILITY FEE:** $37,600

PLAINTIFF'S EXHIBIT
Kamin 38

AtlanticUnionBank.com | Member FDIC

STRYKER 0337

DOCUMENTATION FEE: Attorney prepared (TBD)

| | |
|---|---|
| REPAYMENT: | 5 year term with a 25 yr amortization of principal and interest payable monthly. |
| PREPAYMENT | With respect to a floating rate Term Loan, prepayment of this Term Loan within the first 36 months of closing will require a 20 basis point exit fee, due and payable with the full repayment of the Term Loan.<br><br>In the case of a fixed rate loan, there may be an additional economic prepayment penalty associated with prepaying the Term Loan. |
| LOAN COVENANT: | The Borrower shall maintain a Debt Coverage Ratio of 1.20x or greater at all times during the term of the Loan. Debt Coverage Ratio shall mean the Property's Net Operating Income divided by interest expense plus principal payments scheduled to be paid in the same period on all indebtedness secured by the Property. Net Operating Income is defined as the sum of gross rents plus CAM charges, minus cash operating expenses excluding interest expense, but including an allowance for management fees of 4% of gross rents if not already included in actual<br><br>A liquidity covenant of $500,000 for the term of the loan will be required. |

**OTHER CONDITIONS:**

| | |
|---|---|
| APPRAISAL: | An appraisal ordered by the Bank and paid for by the Borrower on the Property shall be required (the "Appraisal"). |
| GOVERNMENTAL APPROVALS: | The Borrower shall obtain all governmental approvals including zoning, site plan and building permits required for the Project's intended use prior to Loan closing. |
| PRE-LEASING: | An updated rent roll and copies of all commercial leases as well as the proposed form of residential lease for the apartment units will be required prior to closing. It is a requirement that the commercial space proposed for the ground floor and totaling 59,869 square feet shall be leased to a tenant, and on terms satisfactory to the Bank prior to Loan funding. |
| DEPOSITS: | The Borrower shall maintain deposit accounts with the Bank and agree to provide a meaningful level of deposits to the Bank. |
| FINANCIAL STATEMENTS: | The Borrower and Guarantor shall provide financial information and other information as requested by the Bank periodically, including, but not necessarily limited to:<br>• Annual CPA prepared corporate federal income tax returns<br>• Annual company-prepared financials on the Borrower<br>• Annual personal financial statements for the Guarantor within 60 days of calendar year end.<br>• Federal income tax returns for the Guarantor within 30 days of filing date. |

| | |
|---|---|
| **STANDARD REAL ESTATE DOCUMENTATION:** | Satisfactory performance of all other due diligence and documentation including environmental due diligence that the Bank may require in its discretion. The Credit Facility will be issued without cost to the Bank. |
| **OTHER:** | This Term Sheet is intended to provide a summary of key terms and conditions typically found in a facility of this nature. It does not purport to summarize all conditions, covenants, representations, warranties, and other provisions that would be contained in the final legal documentation for the Credit Facility. |
| **GOVERNING LAW:** | Commonwealth of Virginia |
| **PATRIOT ACT:** | Important information about opening your new account and/or entering into a business relationship with Atlantic Union Bank: Federal law requires all financial institutions to obtain, verify, and record information that identifies each person, entity or corporation who opens an account and/or enters into a business relationship. |

Receipt of the following information will be necessary for further consideration of this request:

1. The closing date is anticipated to be on or before October 15, 2020.

2. The Borrower agrees to pay a non-refundable $5,000 commitment fee upon the acceptance of these terms to be applied at closing.

3. Atlantic Union Bank may require lease extensions/reserves or both depending on lease maturities status prior to maturity.

4. A building inspection satisfactory to the bank must be performed before closing.

5. There may be possible reserve requirements if major improvements are needed per the inspection report.

With kindest regards,

Tony Wininger, Sr Vice President
Atlantic Union Bank

STRYKER 0339

_____Harry D Kamin_____
Harry Kamin, BNG Group LLC (Borrower)


_____Harry D Kamin_____
Harry Kamin, Guarantor


_____[signature]_____
Valeria Gunkova, Guarantor

STRYKER 0340