# EagleBank

## PERSONAL FINANCIAL STATEMENT

CONFIDENTIAL

DATE: January 7, 2021

Note: Cells highlighted in yellow are to be populated, if applicable. All other cells are formula driven and derived from information provided on pages 2-4.

**YOU MAY APPLY FOR CREDIT INDIVIDUALLY OR JOINTLY WITH ANOTHER PARTY**

Check one:
- [X] Individual financial Statement
  If you are applying for individual credit in your own name, list all of your own individual income, expenses, assets, and liabilities. Specify your partial ownership interest in, and income from, any partially owned assets. List all your direct and contingent liabilities
- [ ] Joint financial statement with spouse.
  If you are applying for credit jointly with your spouse, list all of the income, expenses, assets, and liabilities for both parties. List all your and your spouse's direct and contingent liabilities. If you are applying for joint credit with a party other than your spouse, the joint applicant must complete a separate financial statement.

Applicant Initials: HK
Co-Applicant Initials:

| Field | Value | Field | Value |
|---|---|---|---|
| Name | Harry dG Kamin | Date of Birth | [redacted]/46 |
| Address | 1301 Bybery Rd C-5 | Social Security No. | [redacted]5196 |
| City, State, Zip | Philadelphia, PA 19116 | Residence Phone | n/a |
| Email Address | Harry@ariamedispa.com | Mobile Phone | 2154312670 |
| Position or Occupation | Director | | |
| Business Name | SkinLogic LLC | Business Phone | n/a |
| Business Street Address | 2 Pidgeon hill dr Suite 1001940 | | |
| City, State, Zip | Sterling VA 20165 | | |

**If Applicable:**

| Field | Value | Field | Value |
|---|---|---|---|
| Spouse | | Date of Birth | |
| Position or Occupation | | Social Security No. | |
| Business Name | | Mobile Phone | |
| Business Address | | Business Phone | |
| City, State, Zip | | | |

| ASSETS | AMOUNT* | LIABILITIES AND NET WORTH | AMOUNT* |
|---|---|---|---|
| Deposits in Banks & Other Financial Inst. (Sch 1 pg 2) | $1,666,300 | Other Loans Payable (Sch 9 pg 3) | $0 |
| Cash Value of Life Insurance (Sch 2 pg 2) | $0 | Loans on Life Insurance (Sch 2 pg 3) | $0 |
| Notes and Accounts Receivable | | Income Taxes Due | |
| Marketable Stocks & Bonds (Sch 3 pg 2) | $1,235,000 | Credit Cards or Accounts Payable | |
| Stocks in Closely Held Corporations (Sch 4 pg 2) | $15,650,000 | Liabilities of Proprietorships | |
| Assets of Proprietorships | | Liabilities of Partnerships/Joint Ventures | |
| Assets of Partnerships & Joint Ventures | | Loans on Vehcl, Boats, Mach, & Equip (Sch 5 pg 2) | $0 |
| Vehicles, Boats, Machinery, & Equipment (Sch 5 pg 2) | $12,649 | Loans on Wholly Owned Real Estate (Sch 6 pg 3) | $0 |
| Wholly Owned Real Estate (Sch 6 pg 2) | $0 | Loans on Partially Owned Real Estate (Sch 7 pg 3) | $3,644,630 |
| Partially Owned Real Estate (Sch 7 pg 3) | $4,900,000 | | |
| Vested Interest in Pension/Retirement Accounts (Sch 8 pg 3) | $0 | | |
| Personal Property (furniture, etc.) | $28,000 | Total Liabilities | $3,644,630 |
| Other Assets: (list) | | | |
| | | Net Worth | $19,847,319 |
| TOTAL ASSETS | $23,491,949 | TOTAL LIABILITIES & NET WORTH | $23,491,949 |

* List all amounts in dollars. Omit Cents

Please complete all appropriate schedules. If space is inadequate, attach an additional sheet.

EagleBank
Rev. Aug 2019

**PLAINTIFF'S EXHIBIT
Kamin 45**

## EagleBank Personal Financial Statement

CONFIDENTIAL

Name: Harry dG Kamin    Date: 01/07/21

### Schedule 1 - DEPOSIT ACCOUNTS

| NAME OF FINANCIAL INSTITUTION AND LOCATION | DEMAND DEPOSITS | TIME DEPOSITS | NAME OF FINANCIAL INSTITUTION AND LOCATION | DEMAND DEPOSITS | TIME DEPOSITS |
|---|---|---|---|---|---|
| TD Bank 980,500 | $0 | $980,500 | | $0 | $0 |
| Well Fargo | $75,000 | $75,000 | | | |
| TD Ameritrade | $535,800 | | | | |
| | | | | | $1,666,300 |

### Schedule 2 - LIFE INSURANCE

| NAME OF PERSON INSURED | BENEFICIARY | FACE AMOUNT | CASH VALUE | POLICY LOANS | POLICY ASSIGNED? | IF ASSIGNED, TO WHOM? |
|---|---|---|---|---|---|---|
| | | $0 | $0 | $0 | N | |
| | | | | | N | |
| | | | | | N | |
| | | | | | N | |
| | | | | | N | |
| | | | | | N | |
| | | | | | N | |
| TOTALS | | $0 | $0 | $0 | | |

### Schedule 3 - MARKETABLE STOCKS/BONDS - NYSE, AMEX, NASDAQ
(If stocks or bonds are held in a brokerage account, summarize the account as one entry and attach copy of statement)

| NUMBER OF SHARES/ FACE VALUE (BONDS) | DESCRIPTION | REGISTERED IN NAME OF | IF PLEDGED, TO WHOM? | DATE ACQUIRED | COST | MARKET VALUE |
|---|---|---|---|---|---|---|
| 5,000 | APT Stock | Harry D Kamin | | 12/5/19 | $275,000 | $350,000 |
| 5,000 | Stock | Harry D Kamin | | 8/17/18 | $500,000 | $885,000 |
| | | | | | TOTAL | $1,235,000 |

### Schedule 4 - NON-MARKETABLE OR STOCK IN CLOSELY HELD CORPORATIONS
(Please provide financials if total value exceeds 10% of your net worth)

| NUMBER OF SHARES OWNED/ % OWNERSHIP | CORPORATION NAME | STOCK HELD IN NAME OF | STOCKHOLDER'S EQUITY | ANNUAL STATEMENT DATE | VALUE OF SHARES |
|---|---|---|---|---|---|
| 50 | BNG Group LLC | Harry D Kamin | $4,500,000 | 12/31/2020 | $4,900,000 |
| 50 | Skin Logic LLC | Harry D Kamin | $2,650,000 | 12/31/20 | $3,250,000 |
| 50 | Carvell Health Services | Harry D Kamin | $3,180,000 | 09/12/95 | $7,500,000 |
| | | | | | $15,650,000 |

### Schedule 5 - VEHICLES, BOATS, MACHINERY, AND EQUIPMENT

| YR | MAKE | MODEL | YR ACQ | COST | MARKET VALUE | LOAN PAYABLE TO | PAYMENT AMOUNT | PAYMENT FREQUENCY | ORIGINAL TERM (months) | REMAINING AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | Acura | Siera | 2018 | $28,000 | $12,649 | $0 | $0 | M | 0 | $0 |
| | | | | | $12,649 | | $0 | | | $0 |

**EagleBank Personal Financial Statement**  CONFIDENTIAL

Name: Harry dG Kamin    Date: 01/07/2021

### Schedule 6 - PERSONAL RESIDENCE (S) AND WHOLLY OWNED REAL ESTATE (attach schedule if needed)

| LOCATION OR ADDRESS DESCRIPTION OF PROPERTY | TITLE IN THE NAME OF | COST/ YR ACQUIRED | MARKET VALUE | MORTGAGE BALANCE | MORTGAGE PAYABLE TO HOW PAYABLE (Amt per month) | | |
|---|---|---|---|---|---|---|---|
| Attached | | $0 | $0 | $0 | $ | per | M |
| | | | | | $ | per | M |
| | | | | | $ | per | |
| | | | | | $ | per | M |
| | | | | | $ | per | M |
| | | | | | $ | per | M |
| | | | | | $ | per | M |
| | | TOTAL | $0 | $0 | $ | per | M |

### Schedule 7 - PARTIALLY OWNED REAL ESTATE (attach schedule if needed)

| LOCATION OR ADDRESS DESCRIPTION OF PROPERTY | TITLE IN THE NAME OF | COST/ YR ACQUIRED | MARKET VALUE | MORTGAGE BALANCE | % OF OWNERSHIP | OWNERSHIP AMOUNT | OWNERSHIP MORTGAGE BALANCE |
|---|---|---|---|---|---|---|---|
| 2 Pidgeon Hill Dr | BNG Group LLC | $8,900,000 2020 | $9,800,000 | $7,289,260 | 50.00% | $4,900,000 | $3,644,630 |
| | | | | | | $0 | $0 |
| | | | | | | $0 | $0 |
| | | | | | | $0 | $0 |
| | | | | | | $0 | $0 |
| | | | | | | $0 | $0 |
| | | | | | | $0 | $0 |
| | | | | | | $0 | $0 |
| | | | | | | $0 | $0 |
| | | | | $7,289,260 | | $4,900,000 | $3,644,630 |

### Schedule 8 - VESTED INTEREST IN PENSION/RETIREMENT ACCOUNTS

| ACCOUNT TYPE | IN NAME OF | INVESTED WITH | MARKET VALUE |
|---|---|---|---|
| | | | $0 |
| | | | |
| | | | |
| | | | $0 |

### Schedule 9 - OTHER LOAN PAYABLES

| NAME OF LENDER | ORIGINAL DATE | ORIGINAL AMOUNT | LOAN BALANCE | REPAYMENT TERMS | PAYMENT AMOUNT | COLLATERAL PLEDGED | OTHER COMAKERS OR ENDORSERS |
|---|---|---|---|---|---|---|---|
| | | | $0 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | $0 | | | | |

## EagleBank Personal Financial Statement

**CONFIDENTIAL**

Name: Harry dG Kamin    Date: 01/07/2021

### SOURCE OF INCOME

FOR YEAR ENDED: _____ (Most Recent Yr-Ended)
(Attach copies of your 3 most recent income Tax Returns and K-1's)

| Item | Amount |
|---|---|
| Salaries - Yours | $132,000 |
| Salaries - Your spouse's, if applicable | $0 |
| Bonuses & Commissions | |
| Dividends | $1,080,000 |
| Interest | |
| Net Profits from: | |
| Rental Property | |
| Proprietorships | |
| Partnerships | |
| Joint Ventures | |
| Capital Gains | |
| Other Income (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for (repaying this debt) | |
| **TOTAL INCOME** | **$1,212,000** |

### CONTINGENT LIABILITIES

Are you indirectly liable for obligations of others as guarantor, co-signer, or endorser on loans, leases, letters of credit, or surety bonds?

If yes, list and describe. If the obligation is for a business or if you need additional space, list and describe on an attachment.

Name of Borrower: N/a
Total Amount Owed:
Lender:
Description:

Name of Borrower:
Total Amount Owed:
Lender:
Description:

Total on loans, leases, letters of credit:

### PERSONAL INFORMATION

Number of Dependents: 0    Ages:

Are you obligated to pay alimony, child support, or separate maintenance payments? If so, provide details:

Are you a defendant in any suits or legal actions? If so, describe:

no

Have you ever declared bankruptcy or had any judgments recorded against you? If so, explain circumstances. (Please include dates, location, amounts)

no

Do you have a will? no
If so, who is the executor?

Do you have disability insurance? No
If so, what is the monthly amounts?
What years are covered?

### REPRESENTATIONS AND WARRANTIES

The information contained in this statement is provided to induce EagleBank to extend or to continue the extension of credit to the undersigned or to others upon the guaranty of the undersigned. The undersigned acknowledge and understand that EagleBank is relying on the information provided herein in deciding to grant or continue credit or to accept a guaranty thereof. Each of the undersigned represents, warrants, and certifies that the information provided herein is true, correct, and complete. Each of the undersigned agrees to notify EagleBank immediately and in writing of any change in name, address, or employment and of any material adverse change (1) in any of the information contained in this statement or (2) in the financial condition of any of the undersigned or (3) in the ability of any of the undersigned to perform its obligations to EagleBank. In the absence of such notice or a new full written statement, this should be considered a continuing statement and substantially correct. If the undersigned fail to notify EagleBank as required above, or if any information herein should prove to be inaccurate or incomplete in any material respect, EagleBank may declare the indebtedness of the undersigned or the indebtedness guaranteed by the undersigned, as the case may be, immediately due and payable. EagleBank is authorized to make all inquiries it deems necessary to verify the accuracy of the information contained herein and to determine the creditworthiness of the undersigned. The undersigned authorize any person or consumer reporting agency to give EagleBank any information they may have on the undersigned. Each of the undersigned authorizes EagleBank to answer questions about EagleBank's credit experience with the undersigned. As long as any obligation or guaranty of the undersigned to EagleBank is outstanding, the undersigned shall supply annually an updated financial statement. This Personal Financial Statement and any other financial or other information that the undersigned give EagleBank shall be EagleBank's property.

Right to Receive Copy of Appraisals - For loans or lines of credit secured by a residential dwelling, EagleBank may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost.

THE UNDERSIGNED HAVE READ AND FULLY UNDERSTAND THE FOREGOING REPRESENTATIONS AND WARRANTIES

DATE: 1/7/2021    APPLICANT SIGNATURE: Harry D Kamin
Applicant's Name: Harry dG Kamin

DATE:    CO-APPLICANT SIGNATURE:
Co-Applicant's Name:

This statement received by: _____
Date _____ Location _____