## October 29, 2020 Members Meeting

## BNG Group LLC

The meeting of the members of the above named limited liability company ("Company") was held on or about the 29th Day of October, 2020 at 4:30 pm and at the following location: 2 Pidgeon Hill Dr. Suite 120 Sterling VA, 20165

Present was:

Valeria Gunkova, Manager Member, with address 20701 Riptide Sq. Sterling VA 20165; and Harry D Kamin, Member, with address at 320, S Surf Rd. Apt 504, Hollywood, FL 33019

The Members chose Valeria Gunkova to serve as the temporary Chairman of the meeting.

The meeting was called to order.

It was determined that a quorum was present in person, and the meeting could conduct business. The Members agreed to the following:

1. All members agreed that proper notice of the first meeting had been given or they were otherwise waiving it pursuant to the Operating Agreement; and

2. There was presented to the meeting a copy of the Contract of Sale ("Contract") between Company and Juditial Property Drive Holding LLC to purchases Property at 2 Pidgeon Hill Dr, Sterling VA 20165 ("Property"); and

3. There was presented to the meeting a copy of the Term Loan and Securrrity Agreement with Atlantic Union Bank (" Loan") to to purchases Property; and

4. There was presented to the meeting a copy of the Amended and Restated Operating Agreement of the Company for approval;

5. The Members agreed that Valeria Gunkova shall continue to serve as the Sole Manager for the Company, acting as a Manager Member of the Company;

6. Valeria Gunkova was also appointed as President, CEO, Secretary, and Treasurer of the Company. As such, Valeria Gunkova is hereby authorized to conduct day to day operation, empowered, and directed to execute and deliver such other and further documents as she shall determine to be necessary to conduct operation of the Company;

7. The members ratified and approved all documents presented (and will sign the documents in the proper manner);

PLAINTIFF'S EXHIBIT
Kamin 49

GUNKOVA_000053

8. The Members resolved that for 2021 distributions on the Class A Units of the Company shall be made as follows: July 1, 2021, December 31, 2021, and

9. The Members resolved that for 2021 distributions on the Class B Units of the Company shall be made as follows: July 1, 2021, December 31, 2021.

There was no further business, and upon motion made, seconded, and unanimously carried, it was RESOLVED, that all the items and documents have been examined by all Members, and are approved and adopted, and that all the actions taken thus far have been ratified and approved by the members of the Company.

There being no further business, the meeting was adjourned.

Dated October 29, 2020

_____
Valeria Gunkova, President and Manager Member

_____
Harry D. Kamin, Member

GUNKOVA_000054