# Atlantic Union Bank

**VIA FED EX and Regular Mail**
September 20, 2023

BNG GROUP LLC
2 Pidgeon Hill Drive, Suite 100
Sterling, VA 20165
Attn: Harry Kamin as Manager
Valeria Gunkova as Manager

Harry Kamin
2 Pidgeon Hill Dr., Suite 100
Sterling, VA 20165

Re: *NOTICE OF DEFAULT AND RESERVATION OF RIGHTS*

*Lender: Atlantic Union Bank, (the "Bank")*

*Borrower: BNG GROUP LLC (the "Borrower")*

*Promissory Note dated October 30, 2020, secured by Deed of Trust on real property known as 2 Pidgeon Hill Dr., Sterling, VA (Loan #XXXXXX6666)*

Dear Borrower:

On behalf of Atlantic Union Bank, (the "Bank") this letter is to provide written notice that BNG GROUP LLC is in breach of the terms, covenants, and conditions of the Promissory Note dated October 30, 2020 in the original principal amount of $7,360,000.00 (the "Note") as renewed, amended, modified or substituted and related Loan Documents. More details regarding the Note, including the current outstanding principal balance, are described on the Exhibit A attached hereto. Harry Kamin (the "Guarantor") and Valeria Gunkova unconditionally guaranteed the obligations under the Note each pursuant to a Guaranty and Indemnification Agreement (the "Guaranty") dated October 30, 2020.[1]

The Note is secured by a Deed of Trust, Assignment of Rents and Security Agreement on real property known as 2 Pidgeon Hill Drive, Sterling, VA (the "Real Property Collateral") and an Assignment of Leases and Rents and Leases ("Assignment of Rent") dated October 30, 2020. The obligations under the Note are also subject to that Loan and Security Agreement dated October 30, 2020 ("Loan Agreement"). The Note, the Deed of Trust, the Assignment, the Loan Agreement and all other documents and agreements executed in connection therewith or relating thereto are referred to herein collectively as the "Loan Documents." All amounts due or to become due under the Loan Documents are referred to herein collectively as the "Obligations."

The Loan Documents are now in default for failure to comply with the terms and covenants of the Loan Documents as described more fully below. The purpose of this letter is to provide 30-day written notice and an opportunity to cure the following defaults.

Specifically, the Borrower is in violation of Section 4.3 of the Loan Agreement and Section 1.3 of the Deed of Trust. Section 4.3 and Section 1.3 require that the Borrower pay all taxes promptly when due. According to the Loudoun County web site, real estate taxes for the Real Property Collateral totaling $91,467.95 are unpaid and collectively represent all or portions of invoices due December 5, 2022 and June 5, 2023.

---

[1] On August 3, 2023, Valeria Gunkova filed Chapter 11 bankruptcy in the United States Bankr[uptcy Court,] Eastern District of Virginia, Alexandria Division. For avoidance of doubt, nothing in this Noti[ce of Default and] Reservation of Rights is a demand for payment or performance by Gunkova in her personal cap[acity]

**PLAINTIFF'S EXHIBIT**

**Kamin 52**

BNG GROUP LLC
September 20, 2023
Page 2

    The Borrower also is not in compliance with the terms and conditions of Section 8.7 of the Loan Agreement regarding the Reserve Account. As of August 5, 2023, the Reserve Account is $113,980.19 underfunded and the Borrower has failed to make the required payments. Additionally, the Borrower has withdrawn funds from the Reserve Account without supporting documentation, inspections and consent as required in Section 8.7.

    Pursuant to Loan Documents, BNG has 30 days to cure the defaults listed herein.

    The Bank specifically reserves all rights or remedies available to it for any breach or default under the Note and the related Loan Documents. Neither the failure or delay on the part of the Bank to have noticed a default, exercised remedies to date, or to immediately exercise remedies available to the Bank, nor the Bank's acceptance of payments with respect to the Note (including any payments in transit), constitutes a waiver of, or forbearance with respect to, any default, or an election or waiver of remedies the Bank has under the Loan Documents. Furthermore, nothing contained herein or in previous or subsequent discussions or communications between the Borrower and the Bank and their respective representatives shall serve or be deemed to waive or modify any provision of the Loan Documents, or waive, modify, limit or postpone any rights and/or remedies of the Bank thereunder, all of which rights and remedies are hereby expressly reserved by the Bank. Any agreement by the Bank, including any agreement to forbear, modify the loan documents or waive any rights or remedies, must be in writing and signed by the Bank; no oral or implied agreement of any kind will be recognized or enforceable.

    In addition, any partial payment or performance made by or on behalf of the Borrower to the Bank, if accepted, shall not constitute a waiver or modification of any violations of the loan documents or a waiver or postponement of any rights and/or remedies of the Bank.

    To date, the Bank is unaware that any party other than Ms. Gunknova has filed for protection under the United States Bankruptcy Code. If either the Borrower or Guarantor has filed for protection under the United States Bankruptcy Code, this notice has been sent because the Bank is unaware of the bankruptcy case. If the foregoing applies, it is important that the bankruptcy attorney contact us immediately with the case number and jurisdiction of the case. In addition, if you are eligible for protection under the Service Member Civil Relief Act, or think you might be, please contact the undersigned as soon as possible.

    Please contact me at 703-871-1035 if you have any questions or wish to discuss this matter further.

Very truly yours,

John A. Eubank
Vice President
Atlantic Union Bank
1800 Robert Fulton Drive
Reston, VA 20191

c.c. Harry Kamin, 320 S. Surf Rd, Apt 504, Hollywood, FL 33019

BNG GROUP LLC
September 20, 2023
Page 3

## EXHIBIT A
### As of September 6, 2023

| Borrower | Loan No. | Principal Balance Outstanding* |
|---|---|---|
| BNG GROUP LLC | XXXXXX6666 | $6,792,097.86 |

* excluding accrued interest, legal fees and expenses, if any.