**Search By** Parcel ID Number  029394077000    Cart Total: $0.00    Total Due: $132,929.24

Account # 596613    BNG GROUP LLC
2 PIDGEON HILL DR STE 120
STERLING VA 20165-6129    Due: $132,929.24

**Balance Due reflects payments received.**

| Invoice | Tax Year | Inst | Tax Type | Due Date | Date Paid | Status | Tax Amount Billed | Penalty | Interest | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 1161499 | 2023 | 1 | Real Estate | 6/5/2023 | | ✗ Unpaid | $40,708.57 | $4,070.86 | $1,492.65 | $46,272.08 |
| 1161499 | 2023 | 2 | Real Estate | 12/5/2023 | | ✗ Unpaid | $40,708.57 | $0.00 | $0.00 | $40,708.57 |
| 992710 | 2022 | 2 | Real Estate | 12/5/2022 | 6/13/2023 | ✗ Unpaid | $41,631.82 | $4,163.18 | $4,153.59 | $45,948.59 |
| 992710 | 2022 | 1 | Real Estate | 6/6/2022 | 6/10/2022 | ✓ Paid | $41,631.82 | $4,163.18 | $381.62 | $0.00 |
| 833833 | 2021 | 1 | Real Estate | 6/7/2021 | 11/30/2021 | ✓ Paid | $45,967.86 | $4,596.79 | $2,512.65 | $0.00 |
| 833833 | 2021 | 2 | Real Estate | 12/6/2021 | 1/10/2022 | ✓ Paid | $45,967.86 | $4,596.79 | $762.92 | $0.00 |
| 675949 | 2020 | 1 | Real Estate | 6/5/2020 | 6/9/2020 | ✓ Paid | $32,528.32 | $0.00 | $0.00 | $0.00 |
| 675949 | 2020 | 2 | Real Estate | 12/7/2020 | 11/6/2020 | ✓ Paid | $32,528.32 | $0.00 | $0.00 | $0.00 |
| 518116 | 2019 | 1 | Real Estate | 6/5/2019 | 12/6/2019 | ✓ Paid | $32,895.79 | $3,289.58 | $637.71 | $0.00 |
| 518116 | 2019 | 2 | Real Estate | 12/5/2019 | 12/6/2019 | ✓ Paid | $32,895.79 | $0.00 | $0.00 | $0.00 |



PLAINTIFF'S EXHIBIT

Kamin 53