|  |  |  |  |  |  | 2022 | | 2023 | | | 2024 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Unit | Sq Ft | Previous Tenant | Lega Name | Current Tenant/ DBA | Lease Start Date | | | Next Amount | Annual Amount | Date Increase | Next Amount | Annual Amount | Lease End Date |
| 1st Floor 100-160 2nd Floor 240, 260 | 18317 | Skin Logic, LLC | Skin Logic, LLC | ARIA MediSpa | 3/15/13 | 26,720.30 | 320,643.60 | $26,720.30 | $320,643.60 | 6/1/24 | $27,254.71 | $327,056.47 | 12/31/29 |
| 140 | 843 | Finally Hear LLC | South Atlantic LLC | Miracle Ear | 12/1/17 | 1,053.28 | 12,639.36 | $2,248.00 | $26,976.00 | 12/1/23 | $2,337.92 | $28,055.04 | 11/30/27 |
| 150 | 507 | Alstate | Clinical diagnostic Lab LLC | Clinical Lab | 1/1/23 | 2,658.00 | 31,896.00 | $1,352.00 | $16,224.00 | 2/1/23 | $1,406.08 | $16,872.96 | 5/31/28 |
| 210 | 1060 | Temporary Occupaid by BNG | Temporary Occupaid by BNG | Temporary Occupaid by BNG | | | | | | | | | |
| 230 | 1874 | Northern VA Dental Clinic | Northern VA Dental Clinic | Northern VA Dental Clinic | 6/9/10 | $3,800.47 | 45,605.64 | $3,800.47 | $45,605.64 | 6/10/23 | $3,952.49 | $47,429.87 | 5/31/27 |
| 280 | 2637 | Alternative Wellness Clinic | Alternative Wellness Clinic | Alternative Wellness Clinic | 3/15/02 | $4,944.38 | 59,332.56 | $4,944.38 | $59,332.56 | 3/1/24 | $5,142.16 | $61,705.86 | 3/31/28 |
| 300 | 5610 | Home/Work Solutions | Home/Work Solutions | Home/Work Solutions | 12/1/15 | $9,817.50 | 117,810.00 | $9,817.50 | $0.00 $117,810.00 | 11/1/23 | $10,210.20 | $122,522.40 | 11/31/2028 |
| 370-380 | 4630 | Unoccupaid | Effective Management Solution LLC | Sterling Dental Center | 2/12023 | 0.00 | 0.00 | $9,533.92 | $114,407.04 | 22/1/2024 | $9,915.28 | $118,983.32 | 2/1/28 |
| 350, 360 | 3186 | Jackson Clinic | Jackson Clinic | Jackson Clinic Lease- End 3/2023 | 8/1/17 | $6,903.00 | 82,836.00 | $6,903.00 | $20,709.00 | 1/0/00 | $0.00 | $0.00 | |
| 400 440 | 7265 | Coleman Primary Care | Loudoun Medical Group | Coleman Primary Care | 8/1/02 | $8,044.23 | 96,530.76 | $8,044.23 | $96,530.76 | 4/1/23 | $8,366.00 | $100,391.99 | 8/31/27 |
| 410 | 1560 | Unoccupaid | Angel Clinic LLC | Care of Angel | 5/1/23 | 0.00 | 0.00 | $2,500.00 | $30,000.00 | 5/1/24 | $2,600.00 | $31,200.00 | 5/1/28 |
| 430 | 1133 | Unoccupaid | Unoccupaid | Unoccupaid | | 0.00 | 0.00 | | | | | | |
| 450 | 1550 | Sun flowers LLC | Sun Flowers LLC | Countryside Counseling Center | 2/1/02 | $2,777.08 | 33,324.96 | $2,777.08 | $33,324.96 | 2/1/24 | $2,888.16 | $34,657.96 | 3/31/28 |
| 460 | 1250 | Unoccupaid | Unoccupaid | Unoccupaid | | | | | | | | | |
| 490 | 1526 | Unoccupaid | Amenda Aesthetic | Amenda Aesthetic | 12/1/22 | 0.00 | 0.00 | $3,041.82 | $36,501.88 | 12/1/23 | $3,163.50 | $37,961.95 | 12/1/27 |
| 500 | 1095 | Edward D. Jones & Co. | Edward D. Jones & Co. | Edward Jones | 11/1/16 | $2,197.21 | 26,366.46 | $2,197.21 | $26,366.46 | 11/1/23 | $2,285.09 | $27,421.12 | 10/31/28 |
| 530 | 1549 | Stockman Title & Escrow | Stockman Title & Escrow | Stockman Title & Escrow | 7/1/01 | $3,087.67 | 37,052.04 | $3,087.67 | $37,052.04 | 7/1/23 | $3,211.18 | $38,534.12 | 6/30/28 |
| 540 | 1310 | Hi-Pointe Care Solution | Hi-Pointe Care Solution | Hi-Pointe Care Solution | 11/1/16 | $2,620.00 | 31,440.00 | $2,620.00 | $31,440.00 | 11/1/23 | $2,724.80 | $32,697.60 | 10/31/27 |
| 555A | 1759 | OPL Services | OPL Services | OPL Services | 11/1/22 | $4,045.08 | 48,540.96 | $4,045.08 | $48,540.96 | 11/1/23 | $4,206.88 | $50,482.60 | 5/30/28 |
| 550B | 1500 | Unoccupaid (Storage BNG Property) | Unoccupaid (Storage BNG Property) | Unoccupaid (Storage BNG Property) | | | | | | | | | |
| 560 | 1950 | CountrySide Proprietary LLC | CountrySide Proprietary LLC | Countryside Proprietary | 11/1/18 | $4,063.28 | 48,759.36 | $4,063.28 | $48,759.36 | 11/1/23 | $4,225.81 | $50,709.73 | 10/31/28 |
| Total | | Sep-23 | | | | 82,731.48 | 992,777.70 | 97,695.94 $93,348.00 | 1,110,224.26 | | 93,890.25 | 1,126,683.00 | |

PLAINTIFF'S EXHIBIT

Kamin 57