11:20 AM
10/07/23
Accrual Basis

# BNG Group
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **2100 · Other Current Liability** | | | | | | |
| **2162 · Aria Prepaid Rent** | | | | | | |
| General Journal | 10/30/2020 | 18-BNG | Judicial Drive proper... | To record Ten... | 1410 · Building... | 17,367.91 |
| General Journal | 10/30/2020 | 18-BNG | Judicial Drive proper... | To record Ten... | 1410 · Building... | 5,887.26 |
| Deposit | 11/19/2020 | | Aria MediSpa 100-260 | 100-240 | 1050 · TD Ban... | 22,500.00 |
| Deposit | 11/23/2020 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 5,000.00 |
| Deposit | 12/01/2020 | | Aria MediSpa 100-260 | 6848 | 1050 · TD Ban... | 3,000.00 |
| Deposit | 12/01/2020 | | Aria MediSpa 100-260 | 6848 | 1050 · TD Ban... | 5,000.00 |
| Deposit | 12/03/2020 | | Aria MediSpa 100-260 | 6848 | 1050 · TD Ban... | 7,600.00 |
| Deposit | 12/04/2020 | | Aria MediSpa 100-260 | 4752 | 1050 · TD Ban... | 2,500.00 |
| Deposit | 12/31/2020 | | Aria MediSpa 100-260 | 100-240 | 1050 · TD Ban... | 5,000.00 |
| Deposit | 01/04/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 3,000.00 |
| Deposit | 01/04/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 3,000.00 |
| Deposit | 01/04/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 5,000.00 |
| General Journal | 01/10/2021 | 24-BNG | Porfirio Humberto R... | Water Heater ... | -SPLIT- | 2,000.00 |
| General Journal | 01/10/2021 | 25-BNG | Aria MediSpa 100-260 | To Record P... | 2162 · Aria Pre... | -26,720.30 |
| General Journal | 01/10/2021 | 24-BNG | Aria MediSpa 100-260 | To Record Pa... | 2162 · Aria Pre... | 15,000.00 |
| Deposit | 02/02/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 500.00 |
| Deposit | 02/03/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 02/05/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 45,000.00 |
| General Journal | 02/10/2021 | 23-BNG | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | -26,720.30 |
| Deposit | 02/22/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 03/01/2021 | | Aria MediSpa 100-2... | To Record P... | 1050 · TD Ban... | 2,000.00 |
| General Journal | 03/02/2021 | 36-BNG | PRC Construction L... | To Record R... | 4210 · Rental I... | -26,720.30 |
| Transfer | 03/02/2021 | | BNG Group LLC | Funds Transfer | 1050 · TD Ban... | -1,000.00 |
| General Journal | 03/02/2021 | 25-BNG | BNG Group LLC | To Record  C... | 4210 · Rental I... | 15,500.00 |
| Deposit | 03/04/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 03/08/2021 | | Aria MediSpa 100-260 | To Record P... | 1045 · Atlantic ... | 1,000.00 |
| Deposit | 03/10/2021 | | Valeria Gunkova | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 03/22/2021 | | Aria MediSpa 100-260 | To Record  Ar... | 1230 · Atlantic ... | 45,000.00 |
| Deposit | 04/01/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| General Journal | 04/09/2021 | 26 BNG | Aria MediSpa 100-260 | To Record P... | -SPLIT- | -26,720.30 |
| Deposit | 04/26/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| General Journal | 05/10/2021 | 35 BNG | Aria MediSpa 100-260 | To Record R... | 4210 · Rental I... | -26,730.20 |
| Deposit | 05/14/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| Deposit | 05/24/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| General Journal | 06/09/2021 | 36 BNG | Aria MediSpa 100-260 | To Record P... | 4210 · Rental I... | -26,730.20 |
| Deposit | 07/06/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 4,000.00 |
| Deposit | 07/07/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| General Journal | 07/10/2021 | 35 BNG | Aria MediSpa 100-260 | To Record R... | 4210 · Rental I... | -26,730.20 |
| Deposit | 07/12/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 07/22/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 2,000.00 |
| Deposit | 07/27/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 1,000.00 |
| General Journal | 07/30/2021 | 36 BNG | Aria MediSpa 100-260 | To Record R... | 4210 · Rental I... | -26,730.20 |
| Deposit | 08/02/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 8,000.00 |
| Deposit | 08/02/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 08/03/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 500.00 |
| Deposit | 08/03/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 500.00 |
| Deposit | 08/03/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 1,000.00 |
| General Journal | 08/14/2021 | 38 BNG | Bassman, Adelman... | | 6220 · Account... | 9,500.00 |
| Deposit | 08/23/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 4,000.00 |
| Deposit | 09/07/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| General Journal | 09/10/2021 | 39 BNG | Aria MediSpa 100-260 | To Record R... | 4210 · Rental I... | -26,730.20 |
| Deposit | 09/20/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 3,000.00 |
| Deposit | 09/20/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| Deposit | 09/29/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 09/29/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| General Journal | 10/11/2021 | 39 BNG | Aria MediSpa 100-260 | To Record R... | 4210 · Rental I... | -26,730.20 |
| Deposit | 10/28/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 5,000.00 |
| Deposit | 11/01/2021 | | Edward Jones 500 | To Record P... | 1050 · TD Ban... | 2,000.00 |
| General Journal | 11/05/2021 | 39 BNG | Aria MediSpa 100-260 | To Record R... | -SPLIT- | -26,730.20 |
| General Journal | 11/05/2021 | 39 BNG | Aria MediSpa 100-260 | To Record Br... | 2162 · Aria Pre... | 12,000.00 |
| Deposit | 11/09/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 2,500.00 |
| General Journal | 11/16/2021 | 40 BNG | Stryker Services LLC | To Record Br... | 2135 · Stryker ... | 12,000.00 |
| Deposit | 11/19/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 1,000.00 |
| Deposit | 11/24/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | 2,000.00 |
| Deposit | 11/30/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | |
| Deposit | 12/01/2021 | | Aria MediSpa 100-260 | To Record P... | 1050 · TD Ban... | |

**PLAINTIFF'S EXHIBIT**

**Kamin 61**

| | | | BNG Group | | | |
|---|---|---|---|---|---|---|
| 11:20 AM | | | Account QuickReport | | | |
| 10/07/23 | | | All Transactions | | | |
| Accrual Basis | | | | | | |

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| General Journal | 12/02/2021 | 41 BNG | Aria MediSpa 100-260 | To Record R… | -SPLIT- | -26,720.30 |
| General Journal | 12/02/2021 | 41 BNG | BNG Group LLC | To Record Br… | 2162 · Aria Pre… | 12,000.00 |
| Deposit | 12/02/2021 | | Aria MediSpa 100-260 | To Record P… | 1050 · TD Ban… | 4,000.00 |
| General Journal | 12/02/2021 | 41 BNG | BNG Group LLC | Payment for … | 2162 · Aria Pre… | 1,393.29 |
| General Journal | 12/02/2021 | 41 BNG | BNG Group LLC | To Record Pa… | 2162 · Aria Pre… | 1,750.00 |
| General Journal | 12/02/2021 | 41 BNG | BNG Group LLC | To Record Pa… | 2162 · Aria Pre… | 750.00 |
| General Journal | 12/02/2021 | 41 BNG | BNG Group LLC | To Record Pa… | 2162 · Aria Pre… | 1,000.00 |
| Deposit | 12/03/2021 | | Aria MediSpa 100-260 | To Record P… | 1050 · TD Ban… | 2,500.00 |
| Deposit | 12/06/2021 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 12/07/2021 | | Aria MediSpa 100-260 | To Record P… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 12/21/2021 | | Aria MediSpa 100-260 | To Record P… | 1050 · TD Ban… | 500.00 |
| Deposit | 12/21/2021 | | Aria MediSpa 100-260 | To Record P… | 1050 · TD Ban… | 5,000.00 |
| Deposit | 12/22/2021 | | Aria MediSpa 100-260 | To Record P… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 12/23/2021 | | Aria MediSpa 100-260 | To Record P… | 1050 · TD Ban… | 500.00 |
| General Journal | 12/31/2021 | 22BA… | | To correct PY… | 1045 · Atlantic … | -3,500.00 |
| General Journal | 01/04/2022 | 42 BNG | Aria MediSpa 100-260 | To Record R… | 4210 · Rental I… | -26,720.30 |
| Deposit | 01/24/2022 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 1,000.00 |
| General Journal | 01/27/2022 | 44 BNG | BNG Group LLC | To Record Te… | -SPLIT- | -26,720.30 |
| General Journal | 01/27/2022 | 44 BNG | BNG Group LLC | To Record Pa… | 2162 · Aria Pre… | 6,973.09 |
| General Journal | 01/27/2022 | 44 BNG | Home Depot | To record Co… | 2162 · Aria Pre… | 514.69 |
| Deposit | 02/07/2022 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 3,000.00 |
| Deposit | 02/25/2022 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 20.00 |
| Deposit | 02/25/2022 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 02/25/2022 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 3,000.00 |
| Deposit | 02/28/2022 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 02/28/2022 | | Aria MediSpa 100-2… | To Record P… | 1050 · TD Ban… | 2,000.00 |
| Check | 03/03/2022 | | Aria MediSpa 100-260 | To Record Tr… | 1050 · TD Ban… | -3,000.00 |
| Deposit | 03/09/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 5,000.00 |
| General Journal | 03/10/2022 | 46 BNG | BNG Group LLC | To Record R… | -SPLIT- | -26,720.32 |
| General Journal | 03/10/2022 | 46 BNG | BNG Group LLC | To Record Pa… | 2162 · Aria Pre… | -2,686.28 |
| General Journal | 03/10/2022 | 46 BNG | BNG Group LLC | To Record Te… | 2162 · Aria Pre… | 27,600.00 |
| Deposit | 03/10/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| General Journal | 03/10/2022 | 46 BNG | BNG Group LLC | To Record Co… | 2162 · Aria Pre… | 8,419.43 |
| General Journal | 03/10/2022 | 47 BNG | Home Depot | To Record Co… | 2170 · SBA Co… | 6,172.83 |
| Deposit | 03/11/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 03/11/2022 | | Aria MediSpa 100-2… | To record Te… | 1050 · TD Ban… | 1,500.00 |
| Deposit | 03/14/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 03/14/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 03/14/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 2,000.00 |
| Deposit | 03/14/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 4,000.00 |
| Deposit | 03/15/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 03/16/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 03/18/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 03/22/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 5,000.00 |
| Deposit | 03/23/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,500.00 |
| General Journal | 03/28/2022 | 48 BNG | Aria MediSpa 100-260 | To Record Te… | -SPLIT- | -26,720.30 |
| General Journal | 03/28/2022 | 48 BNG | Aria MediSpa 100-260 | To Record Un… | 2162 · Aria Pre… | 12,959.55 |
| Deposit | 03/29/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 2,500.00 |
| Deposit | 03/29/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 3,000.00 |
| Deposit | 03/29/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 3,000.00 |
| General Journal | 04/01/2022 | 49 BNG | Aria MediSpa 100-260 | To Record Co… | 1420A · Unit 3… | 15,925.22 |
| Deposit | 04/05/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 1,000.00 |
| Deposit | 04/06/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 9,000.00 |
| Deposit | 04/07/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 2,000.00 |
| Deposit | 04/07/2022 | | Aria MediSpa 100-2… | To Record Te… | 1050 · TD Ban… | 5,000.00 |
| Credit Card Credit | 04/15/2022 | | Aria MediSpa 100-260 | 100-240 | 2055 · America… | 4,000.00 |
| Deposit | 04/25/2022 | | Aria MediSpa 100-2… | Deposit | 1050 · TD Ban… | 2,000.00 |
| Deposit | 04/29/2022 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | 1,500.00 |
| General Journal | 04/29/2022 | 49 BNG | Aria MediSpa 100-260 | 100-240 | -SPLIT- | -26,720.30 |
| General Journal | 04/29/2022 | 49 BNG | FERGUSON ENT | To Record Ari… | 2162 · Aria Pre… | 9,591.05 |
| Deposit | 05/09/2022 | | Aria MediSpa 100-2… | Deposit | 1050 · TD Ban… | 1,000.00 |
| Deposit | 05/10/2022 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | 3,000.00 |
| Deposit | 05/17/2022 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | 3,500.00 |
| Deposit | 05/18/2022 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | 4,000.00 |
| General Journal | 05/29/2022 | 49 BNG | Aria MediSpa 100-260 | To record Aria… | -SPLIT- | -26,720.30 |
| General Journal | 05/29/2022 | 49 BNG | Aria MediSpa 100-260 | To Record To… | 2162 · Aria Pre… | 11,819.01 |
| Deposit | 06/07/2022 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | 2,000.00 |

| | | | BNG Group | | | |
|---|---|---|---|---|---|---|
| 11:20 AM | | | | | | |
| 10/07/23 | | | Account QuickReport | | | |
| Accrual Basis | | | All Transactions | | | |

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Deposit | 06/07/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 8,000.00 |
| Deposit | 06/08/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 50,000.00 |
| Deposit | 06/09/2022 | | Aria MediSpa 100-2... | Deposit | 1050 · TD Ban... | 5,000.00 |
| General Journal | 06/13/2022 | 50 BNG | Home Depot | To Record Ca... | 1420A · Unit 3... | 448.57 |
| Check | 06/21/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,000.00 |
| Deposit | 06/24/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 4,000.00 |
| Deposit | 06/27/2022 | | Aria MediSpa 100-2... | Deposit | 1050 · TD Ban... | 2,000.00 |
| Deposit | 06/27/2022 | | Aria MediSpa 100-2... | Deposit | 1050 · TD Ban... | 2,000.00 |
| General Journal | 06/27/2022 | 51 BNG | Aria MediSpa 100-260 | To Record Re... | -SPLIT- | -26,720.30 |
| General Journal | 06/27/2022 | 51 BNG | Aria MediSpa 100-260 | To record Co... | 2162 · Aria Pre... | 2,339.09 |
| Deposit | 07/05/2022 | | Aria MediSpa 100-2... | Deposit | 1050 · TD Ban... | 5,000.00 |
| Deposit | 07/11/2022 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 07/13/2022 | | Aria MediSpa 100-2... | Deposit | 1050 · TD Ban... | 2,000.00 |
| Deposit | 07/22/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 07/25/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 07/28/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 25.00 |
| Deposit | 07/28/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.00 |
| General Journal | 07/29/2022 | 52 BNG | Aria MediSpa 100-260 | To Record Re... | 4210 · Rental I... | -26,720.30 |
| Deposit | 08/01/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 10,000.00 |
| Deposit | 08/01/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 25,000.00 |
| Deposit | 08/01/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 65,000.00 |
| Deposit | 08/05/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 7,000.00 |
| Deposit | 08/05/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 8,900.00 |
| Deposit | 08/15/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 08/16/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 08/16/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 08/17/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,500.00 |
| Deposit | 08/17/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,000.00 |
| Deposit | 08/17/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 08/19/2022 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 08/19/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.00 |
| Deposit | 08/23/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 08/25/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 08/30/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 20,000.00 |
| General Journal | 09/08/2022 | 53 BNG | Aria MediSpa 100-260 | To Recor Ren... | 4210 · Rental I... | -26,720.30 |
| Deposit | 09/14/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 09/20/2022 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 09/21/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 09/22/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 09/22/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 09/28/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| General Journal | 09/30/2022 | 54 BNG | Aria MediSpa 100-260 | To Record Re... | -SPLIT- | -26,720.30 |
| General Journal | 09/30/2022 | 54 BNG | Charter Contact FL | To Record Pa... | 2162 · Aria Pre... | 617.83 |
| Deposit | 10/06/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.88 |
| Deposit | 10/14/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,000.00 |
| Deposit | 10/20/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 10/24/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,500.00 |
| Deposit | 10/25/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.00 |
| Deposit | 10/27/2022 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 2,000.00 |
| General Journal | 10/30/2022 | 55 BNG | Aria MediSpa 100-260 | To Record Re... | -SPLIT- | -26,720.30 |
| General Journal | 10/30/2022 | 55 BNG | Aria MediSpa 100-260 | To Record B... | 2162 · Aria Pre... | 269.74 |
| Deposit | 11/01/2022 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 11/01/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.00 |
| Check | 11/03/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -3,900.00 |
| Deposit | 11/03/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,900.00 |
| Deposit | 11/08/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 11/14/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 4,000.00 |
| Deposit | 11/15/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 4,000.00 |
| Deposit | 11/17/2022 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 500.00 |
| Deposit | 11/17/2022 | | Aria MediSpa 100-2... | Deposit | 1050 · TD Ban... | 1,000.00 |
| Deposit | 11/18/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 11/28/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 16,000.00 |
| Deposit | 11/29/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,000.00 |
| Deposit | 11/29/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| General Journal | 11/29/2022 | 56 BNG | Aria MediSpa 100-260 | To Record Re... | -SPLIT- | -26,720.30 |
| General Journal | 11/29/2022 | 56 BNG | Aria MediSpa 100-260 | To Record Co... | 2162 · Aria Pre... | 3,772.79 |
| Deposit | 11/30/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 12,000.00 |
| Deposit | 12/05/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 4,000.00 |

11:20 AM  
10/07/23  
Accrual Basis

# BNG Group
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| Deposit | 12/06/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 9,000.00 |
| Check | 12/19/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -3,000.00 |
| Deposit | 12/21/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 12/22/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.88 |
| General Journal | 12/26/2022 | 58 BNG | | To Record Re... | -SPLIT- | -26,720.30 |
| General Journal | 12/26/2022 | 58 BNG | | To Record Te... | 2162 · Aria Pre... | 15,689.76 |
| General Journal | 12/26/2022 | 58 BNG | | To Record Pa... | 2162 · Aria Pre... | 16,168.21 |
| Deposit | 12/27/2022 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 500.00 |
| Deposit | 12/28/2022 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 500.00 |
| General Journal | 12/31/2022 | 22BA... | | To zero out D... | 2130 · Due to ... | 5,500.00 |
| General Journal | 12/31/2022 | 22BA... | | To correct bal... | 6140 · Office E... | -2,000.00 |
| Check | 01/09/2023 | | CITI CARD Valeria | | 1050 · TD Ban... | -4,659.86 |
| Check | 01/10/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -3,000.00 |
| Deposit | 01/12/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 200.00 |
| Deposit | 01/13/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| Deposit | 01/17/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 500.00 |
| Deposit | 01/18/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 500.00 |
| Deposit | 01/19/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,000.00 |
| Deposit | 01/20/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 01/23/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 01/23/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| General Journal | 01/27/2023 | 60 BNG | Aria MediSpa 100-260 | To Record Fe... | 4210 · Rental I... | -28,138.71 |
| Deposit | 01/27/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 4,000.00 |
| Deposit | 01/30/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| General Journal | 01/31/2023 | 61 BNG | Aria MediSpa 100-260 | To Record Ma... | -SPLIT- | -28,138.71 |
| Deposit | 02/01/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 500.00 |
| Check | 02/02/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -500.00 |
| Deposit | 02/03/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 02/07/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.00 |
| Deposit | 02/09/2023 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 1,000.00 |
| Check | 02/14/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -2,500.00 |
| Deposit | 02/14/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.00 |
| Deposit | 02/17/2023 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 02/21/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 02/21/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 02/21/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 7,000.00 |
| Deposit | 02/21/2023 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 500.00 |
| Deposit | 02/21/2023 | | Aria MediSpa 100-260 | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 02/22/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 500.00 |
| Deposit | 02/22/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 4,000.00 |
| Deposit | 02/23/2023 | | Valeria Gunkova | | 1050 · TD Ban... | 100.00 |
| Deposit | 02/23/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 02/27/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 03/02/2023 | | Clinical Diagnostic L... | | 1045 · Atlantic ... | 1,500.00 |
| Check | 03/03/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -4,000.00 |
| Check | 03/08/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,500.00 |
| Check | 03/13/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,000.00 |
| Check | 03/17/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,000.00 |
| Check | 03/20/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -6,000.00 |
| Deposit | 03/22/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 500.00 |
| Deposit | 03/22/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 03/23/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Check | 03/24/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,000.00 |
| Deposit | 03/28/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,590.00 |
| Deposit | 03/29/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 3,000.00 |
| General Journal | 03/30/2023 | 63 BNG | Aria MediSpa 100-260 | To Record Ap... | 4210 · Rental I... | -28,138.71 |
| Check | 04/04/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -4,500.00 |
| Check | 04/05/2023 | Transf | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,500.00 |
| Check | 04/11/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,500.00 |
| Check | 04/12/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | -1,000.00 |
| Deposit | 04/13/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 500.00 |
| Deposit | 04/17/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 04/19/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 04/20/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 2,500.00 |
| Deposit | 04/24/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 1,000.00 |
| Deposit | 04/28/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 4,000.00 |
| General Journal | 04/30/2023 | 66 BNG | Aria MediSpa 100-260 | To Record Ma... | -SPLIT- | -28,138.71 |
| Deposit | 05/03/2023 | | Aria MediSpa 100-2... | | 1050 · TD Ban... | 5,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11:20 AM | | | **BNG Group** | | | |
| 10/07/23 | | | **Account QuickReport** | | | |
| Accrual Basis | | | **All Transactions** | | | |

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| Check | 05/10/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -500.00 |
| Deposit | 05/10/2023 | | Aria MediSpa 100-260 | 100-240 | 1050 · TD Ban… | 1,000.00 |
| Check | 05/12/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -3,000.00 |
| Check | 05/12/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -1,000.00 |
| Deposit | 05/15/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | 1,000.00 |
| Deposit | 05/16/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | 1,000.00 |
| Deposit | 05/23/2023 | | Aria MediSpa 100-260 | | 1050 · TD Ban… | 1,000.00 |
| Check | 05/24/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -1,000.00 |
| Check | 05/24/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -1,000.00 |
| Deposit | 05/26/2023 | | Aria MediSpa 100-260 | | 1050 · TD Ban… | 1,000.00 |
| General Journal | 05/30/2023 | 68 BNG | Aria MediSpa 100-260 | To Record Ju… | 4210 · Rental I… | -28,138.71 |
| Check | 05/30/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -1,000.00 |
| Check | 06/13/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -2,350.00 |
| Deposit | 06/23/2023 | | Aria MediSpa 100-260 | | 1050 · TD Ban… | 2,000.00 |
| General Journal | 06/30/2023 | 69 BNG | Aria MediSpa 100-260 | To Recortd Ju… | 4210 · Rental I… | -28,138.71 |
| Deposit | 07/06/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 2,500.00 |
| Deposit | 07/10/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| Check | 07/18/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -500.00 |
| General Journal | 07/18/2023 | 70 BNG | Aria Medispa  5259 | | 1052 · TD Ban… | -2,000.00 |
| Deposit | 07/19/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,200.00 |
| Check | 07/20/2023 | | | | 1052 · TD Ban… | -3,000.00 |
| Check | 07/20/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -2,500.00 |
| Check | 07/20/2023 | | BNG Group LLC | | 1045 · Atlantic … | -1,000.00 |
| Deposit | 07/24/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| Check | 07/24/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -1,000.00 |
| Deposit | 07/25/2023 | | | | 1052 · TD Ban… | 1,000.00 |
| Check | 07/27/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -50.00 |
| Check | 07/27/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -1,500.00 |
| Check | 07/27/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -2,800.00 |
| Deposit | 07/28/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,500.00 |
| Credit Card Credit | 07/28/2023 | | Aria MediSpa 100-2… | | 2055 · America… | 14,515.19 |
| General Journal | 07/31/2023 | 69 BNG | Aria MediSpa 100-260 | To Recortd A… | 4210 · Rental I… | -28,138.71 |
| Check | 08/02/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -5,000.00 |
| Check | 08/02/2023 | | Aria MediSpa 100-2… | | 1050 · TD Ban… | -10.00 |
| Check | 08/02/2023 | | Aria Medispa  5259 | | 1050 · TD Ban… | -2,253.00 |
| Deposit | 08/07/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| Deposit | 08/09/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 500.00 |
| Deposit | 08/10/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| Deposit | 08/11/2023 | | CaSC Escow | | 1052 · TD Ban… | 1,000.00 |
| Deposit | 08/11/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| Check | 08/14/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -1,000.00 |
| Deposit | 08/14/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| Check | 08/18/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -600.00 |
| Deposit | 08/21/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 2,400.00 |
| Deposit | 08/22/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,300.00 |
| Deposit | 08/24/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 500.00 |
| Deposit | 08/25/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| General Journal | 08/30/2023 | 71 BNG | Aria MediSpa 100-260 | To Record Se… | 4210 · Rental I… | -28,138.71 |
| Deposit | 09/06/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 300.00 |
| Deposit | 09/06/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 500.00 |
| Deposit | 09/06/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 2,000.00 |
| General Journal | 09/08/2023 | 76 BNG | | | 2160 · Tenant … | 2,197.20 |
| Check | 09/11/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -1,000.00 |
| Check | 09/11/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -1,500.00 |
| Check | 09/11/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | -2,000.00 |
| Deposit | 09/14/2023 | | Aria MediSpa 100-2… | | 1052 · TD Ban… | 1,000.00 |
| General Journal | 09/28/2023 | 75 BNG | Aria MediSpa 100-260 | To Record Oc… | 4210 · Rental I… | -28,138.71 |
| General Journal | 09/29/2023 | 77 BNG | Aria MediSpa 100-260 | To record Nov… | 4210 · Rental I… | -28,138.71 |
| General Journal | 09/30/2023 | 78 BNG | Aria MediSpa 100-260 | To record Dec… | 4210 · Rental I… | -9,405.41 |
| Total 2162 · Aria Prepaid Rent | | | | | | 0.00 |
| Total 2100 · Other Current Liability | | | | | | 0.00 |
| **TOTAL** | | | | | | **0.00** |

| | |
|---|---|
| 11:20 AM | **BNG Group** |
| 10/07/23 | **Account QuickReport** |
| Accrual Basis | **All Transactions** |

| Balance |
|---:|
| 17,367.91 |
| 23,255.17 |
| 45,755.17 |
| 50,755.17 |
| 53,755.17 |
| 58,755.17 |
| 66,355.17 |
| 68,855.17 |
| 73,855.17 |
| 76,855.17 |
| 79,855.17 |
| 84,855.17 |
| 86,855.17 |
| 60,134.87 |
| 75,134.87 |
| 75,634.87 |
| 76,634.87 |
| 121,634.87 |
| 94,914.57 |
| 95,914.57 |
| 97,914.57 |
| 71,194.27 |
| 70,194.27 |
| 85,694.27 |
| 86,694.27 |
| 87,694.27 |
| 88,694.27 |
| 133,694.27 |
| 138,694.27 |
| 111,973.97 |
| 116,973.97 |
| 90,243.77 |
| 95,243.77 |
| 100,243.77 |
| 73,513.57 |
| 77,513.57 |
| 82,513.57 |
| 55,783.37 |
| 56,783.37 |
| 58,783.37 |
| 59,783.37 |
| 33,053.17 |
| 41,053.17 |
| 42,053.17 |
| 42,553.17 |
| 43,053.17 |
| 44,053.17 |
| 53,553.17 |
| 57,553.17 |
| 62,553.17 |
| 35,822.97 |
| 38,822.97 |
| 43,822.97 |
| 44,822.97 |
| 49,822.97 |
| 23,092.77 |
| 28,092.77 |
| 30,092.77 |
| 3,362.57 |
| 15,362.57 |
| 17,862.57 |
| 29,862.57 |
| 30,862.57 |
| 32,862.57 |
| 39,862.57 |
| 41,862.57 |

| | |
|---|---|
| 11:20 AM | **BNG Group** |
| 10/07/23 | **Account QuickReport** |
| Accrual Basis | **All Transactions** |

| Balance |
|---:|
| 15,142.27 |
| 27,142.27 |
| 31,142.27 |
| 32,535.56 |
| 34,285.56 |
| 35,035.56 |
| 36,035.56 |
| 38,535.56 |
| 39,535.56 |
| 40,535.56 |
| 41,035.56 |
| 46,035.56 |
| 47,035.56 |
| 47,535.56 |
| 44,035.56 |
| 17,315.26 |
| 18,315.26 |
| -8,405.04 |
| -1,431.95 |
| -917.26 |
| 2,082.74 |
| 2,102.74 |
| 3,102.74 |
| 4,102.74 |
| 7,102.74 |
| 8,102.74 |
| 10,102.74 |
| 7,102.74 |
| 12,102.74 |
| -14,617.58 |
| -17,303.86 |
| 10,296.14 |
| 11,296.14 |
| 19,715.57 |
| 25,888.40 |
| 26,888.40 |
| 28,388.40 |
| 29,388.40 |
| 30,388.40 |
| 32,388.40 |
| 36,388.40 |
| 37,388.40 |
| 38,388.40 |
| 39,388.40 |
| 44,388.40 |
| 45,888.40 |
| 19,168.10 |
| 32,127.65 |
| 34,627.65 |
| 37,627.65 |
| 40,627.65 |
| 56,552.87 |
| 57,552.87 |
| 66,552.87 |
| 68,552.87 |
| 73,552.87 |
| 77,552.87 |
| 79,552.87 |
| 81,052.87 |
| 54,332.57 |
| 63,923.62 |
| 64,923.62 |
| 67,923.62 |
| 71,423.62 |
| 75,423.62 |
| 48,703.32 |
| 60,522.33 |
| 62,522.33 |

| | |
|---|---|
| 11:20 AM | **BNG Group** |
| 10/07/23 | **Account QuickReport** |
| Accrual Basis | **All Transactions** |

| Balance |
|---:|
| 70,522.33 |
| 120,522.33 |
| 125,522.33 |
| 125,970.90 |
| 124,970.90 |
| 128,970.90 |
| 130,970.90 |
| 132,970.90 |
| 106,250.60 |
| 108,589.69 |
| 113,589.69 |
| 114,589.69 |
| 116,589.69 |
| 117,589.69 |
| 118,589.69 |
| 118,614.69 |
| 121,114.69 |
| 94,394.39 |
| 104,394.39 |
| 129,394.39 |
| 194,394.39 |
| 201,394.39 |
| 210,294.39 |
| 213,294.39 |
| 216,294.39 |
| 219,294.39 |
| 220,794.39 |
| 222,794.39 |
| 225,794.39 |
| 226,794.39 |
| 229,294.39 |
| 232,294.39 |
| 235,294.39 |
| 255,294.39 |
| 228,574.09 |
| 231,574.09 |
| 232,574.09 |
| 233,574.09 |
| 234,574.09 |
| 237,574.09 |
| 238,574.09 |
| 211,853.79 |
| 212,471.62 |
| 214,972.50 |
| 216,972.50 |
| 217,972.50 |
| 219,472.50 |
| 221,972.50 |
| 223,972.50 |
| 197,252.20 |
| 197,521.94 |
| 198,521.94 |
| 201,021.94 |
| 197,121.94 |
| 201,021.94 |
| 204,021.94 |
| 208,021.94 |
| 212,021.94 |
| 212,521.94 |
| 213,521.94 |
| 214,521.94 |
| 230,521.94 |
| 232,521.94 |
| 235,521.94 |
| 208,801.64 |
| 212,574.43 |
| 224,574.43 |
| 228,574.43 |

| | |
|---|---|
| 11:20 AM | **BNG Group** |
| 10/07/23 | **Account QuickReport** |
| Accrual Basis | **All Transactions** |

| Balance |
|---:|
| 237,574.43 |
| 234,574.43 |
| 237,574.43 |
| 240,575.31 |
| 213,855.01 |
| 229,544.77 |
| 245,712.98 |
| 246,212.98 |
| 246,712.98 |
| 252,212.98 |
| 250,212.98 |
| 245,553.12 |
| 242,553.12 |
| 242,753.12 |
| 245,753.12 |
| 246,253.12 |
| 246,753.12 |
| 248,753.12 |
| 249,753.12 |
| 250,753.12 |
| 251,753.12 |
| 223,614.41 |
| 227,614.41 |
| 230,614.41 |
| 202,475.70 |
| 202,975.70 |
| 202,475.70 |
| 203,475.70 |
| 205,975.70 |
| 206,975.70 |
| 204,475.70 |
| 206,975.70 |
| 207,975.70 |
| 208,975.70 |
| 209,975.70 |
| 216,975.70 |
| 217,475.70 |
| 218,475.70 |
| 218,975.70 |
| 222,975.70 |
| 223,075.70 |
| 224,075.70 |
| 225,075.70 |
| 226,575.70 |
| 222,575.70 |
| 221,075.70 |
| 220,075.70 |
| 219,075.70 |
| 213,075.70 |
| 213,575.70 |
| 214,575.70 |
| 215,575.70 |
| 214,575.70 |
| 216,165.70 |
| 219,165.70 |
| 191,026.99 |
| 186,526.99 |
| 185,026.99 |
| 183,526.99 |
| 182,526.99 |
| 183,026.99 |
| 184,026.99 |
| 185,026.99 |
| 187,526.99 |
| 188,526.99 |
| 192,526.99 |
| 164,388.28 |
| 169,388.28 |

| | |
|---|---|
| 11:20 AM | **BNG Group** |
| 10/07/23 | **Account QuickReport** |
| Accrual Basis | **All Transactions** |

| Balance |
|---:|
| 168,888.28 |
| 169,888.28 |
| 166,888.28 |
| 165,888.28 |
| 166,888.28 |
| 167,888.28 |
| 168,888.28 |
| 167,888.28 |
| 166,888.28 |
| 167,888.28 |
| 139,749.57 |
| 138,749.57 |
| 136,399.57 |
| 138,399.57 |
| 110,260.86 |
| 112,760.86 |
| 113,760.86 |
| 113,260.86 |
| 111,260.86 |
| 112,460.86 |
| 109,460.86 |
| 106,960.86 |
| 105,960.86 |
| 106,960.86 |
| 105,960.86 |
| 106,960.86 |
| 106,910.86 |
| 105,410.86 |
| 102,610.86 |
| 104,110.86 |
| 118,626.05 |
| 90,487.34 |
| 85,487.34 |
| 85,477.34 |
| 83,224.34 |
| 84,224.34 |
| 84,724.34 |
| 85,724.34 |
| 86,724.34 |
| 87,724.34 |
| 86,724.34 |
| 87,724.34 |
| 87,124.34 |
| 89,524.34 |
| 90,824.34 |
| 91,324.34 |
| 92,324.34 |
| 64,185.63 |
| 64,485.63 |
| 64,985.63 |
| 66,985.63 |
| 69,182.83 |
| 68,182.83 |
| 66,682.83 |
| 64,682.83 |
| 65,682.83 |
| 37,544.12 |
| 9,405.41 |
| 0.00 |
| 0.00 |
| 0.00 |
| **0.00** |