# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No.  23-11261-BFK |
|  | ) |  |
| Valeria V. Gunkova | ) | Chapter 11 -Subchapter V |
|  | ) |  |
| Debtor(s) | ) |  |

## ORDER DISCHARGING SUBCHAPTER V TRUSTEE IN
## A CONVERTED CASE

It appearing to the Court that Angela L. Shortall, Subchapter V Trustee in the above−titled case, has performed all duties required of her in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and she hereby is discharged from her duties as Subchapter V Trustee and relieved of her trust.

Dated: Oct 27 2023

/s/ Brian F Kenney
Hon. Brian F. Kenney
U. S. Bankruptcy Judge

Entered On Docket: Oct 27 2023

**WE ASK FOR THIS:**

/s/ Angela L. Shortall
Angela L. Shortall
111 S. Calvert Street
Suite 1400
Baltimore, MD 21202
Tel: (410) 783-6385
Email: ashortall@3cubed-as.com
[Subchapter V Trustee]

/S/ Michael T. Freeman, Esq.
Michael T. Freeman, Esq.
Office of the U.S. Trustee
1725 Duke St. Suite 650
Alexandria, VA 22314
703) 557-7176
Michael.T.Freeman@usdoj.gov
[Office of the US Trustee]

**COPIES TO:**

Trustee – Angela Shortall Assistant U.S.

Trustee -Jack I. Frankel, Esq

## CERTIFICATE PURSUANT TO LBR 9022-1(C)

The undersigned certifies that on September 27, 2023, the above Order has been endorsed by and/or served upon all necessary parties.

By: */s/ Angela L. Shortall*
Angela L. Shortall