**IMPORTANT NOTICE: THIS DOCUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE**

# GUARANTY

For value received, receipt whereof is hereby acknowledged, and to induce The ELEX Group, Inc., a New Jersey corporation whose address is Medford National Building, PO Box 14, Medford, NJ 08055 (hereinafter called "ELEX") to enter into a lease of personal property (which, together with all future leases, if any, under which additional personal property is leased by ELEX to Lessee, are herein called the "Lease") between ELEX and SKIN LOGIC, LLC a Virginia limited liability company whose address is 2 Pidgeon Hill Drive, Suite 100, Sterling, VA 20165

(herein called "Lessee"), the undersigned (and each of them if more than one, hereinafter called the "Guarantor") hereby jointly and severally unconditionally guarantees and promises to ELEX as follows:

1. **Payment and performance.** The Guarantor guarantees and promises to ELEX that Lessee will promptly perform and comply with each and all of its obligations contained in the Lease, and that all sums payable by the Lessee under such Lease will be promptly paid when due in accordance with the provisions thereof and, in case of extension of time of payment, in whole or in part, of any such sums, that all such sums will be promptly paid when due in accordance with the terms of such extension; provided, however, that strictly for timing purposes, the Guarantor shall not be liable hereunder for the payment of rentals payable by Lessee under such Lease at the respective stated due dates thereof; but instead be liable for the payment of such rentals that have not been paid when due, whether scheduled or accelerated; but further provided, however, that the foregoing provision shall in no way limit the liability of the Guarantor in respect of payments by way of rentals or damages or otherwise required to be made under such Lease.

2. **Waiver of notice of modification of lease.** The Guarantor hereby consents that at any time or from time to time without notice to the Guarantor, the time for the Lessee's performance of or compliance with any of its obligations contained in such Lease may be extended or such performance or compliance may be waived by ELEX; such Lease may from time to time be amended for the purpose of adding any provision thereto or changing in any manner the rights of ELEX or of Lessee thereunder, payment of any sums due or to become due under such Lease may be extended, in whole or in part; and the terms of such Lease may be waived by ELEX in its sole discretion, all without affecting the liability of the Guarantor hereunder.

3. **ELEX remedies.** ELEX may pursue its rights and remedies under this Guaranty and shall be entitled to payment hereunder and to enforce all of its other rights hereunder notwithstanding any other guaranty of, or security for, all or any part of the obligations of Lessee under such Lease and notwithstanding any action taken or omitted to be taken by ELEX to enforce any of its rights or remedies under such other guaranty or with respect to any other security, or any payment received thereunder, and the Guarantor shall not be subrogated, in whole or in part, to the rights of ELEX against Lessee under such Lease until ELEX shall have been paid in full all such sums as are at any time payable by Lessee under such Lease.



PLAINTIFF'S EXHIBIT 58

4. **Assignment of guaranty.** Any assignment by ELEX of the Lease shall also constitute an assignment by ELEX of all of its rights and remedies under this Guaranty, which shall be deemed an instrumental part of the Lease and any assignment of the Lease. Guarantor is hereby put on notice of the collateral assignment by ELEX to EagleBank, promptly following the execution and delivery of any Lease and/or Guaranty with respect thereto, of all of its rights and powers hereunder or under the Lease, or any sums due or to become due, or any rights, claims, powers and remedies hereunder or thereunder and, in which event of such assignment, EagleBank, as such assignee, shall have the same rights and remedies as if originally named herein.

5. **Waiver of presentment, demand, and protest.** Guarantor hereby waives diligence, presentment of any instrument, demand for payment, protest and notice of nonpayment or protest and the performance of each and every condition precedent to which Guarantor might otherwise be entitled by law and notice of the creation or accrual of any of the obligations of Lessee to ELEX under such Lease and all demands whatsoever.

6. **Independent obligation.** Lessee's obligations, and each of them, shall conclusively be deemed to have been created, contracted or incurred in reliance upon this Guaranty. The obligations of the undersigned hereunder are joint and several, and are independent of the obligations of Lessee. A separate action or actions may be brought and prosecuted against Guarantor, or any of them, whether an action is brought against Lessee or whether Lessee be joined in any such action or actions; and Guarantor waives the benefit of any statute of limitations affecting their liability hereunder or the enforcement thereof.

7. **Unconditional guaranty.** This Guaranty shall be construed as a continuing, absolute and unconditional guaranty of payment irrespective of the validity, or enforceability of (i) any of the obligations of Lessee to ELEX as aforesaid or (ii) Lease or (iii) any security therefore, and notwithstanding any present or future law or order of any government (de jure or de facto) or of any agency thereof purporting to reduce, amend or otherwise affect any obligation of Lessee or other obligor or to vary any terms of payment, and irrespective of any other circumstance which might otherwise constitute a legal or equitable discharge of a surety or a guarantor.

8. **Waiver of jury, Guarantor defined.** Guarantor hereby waives any and all right to a trial by jury in any action or proceeding based hereon. If there is but a single Guarantor, then all words used herein shall be deemed to have been used in the singular where the context and construction so require; and if this Guaranty is executed by more than one Guarantor, the word "Guarantor" shall mean all and any one or more of them.

9. **Miscellaneous.** This Guaranty cannot be changed or terminated orally, shall be governed by and construed according to the laws of the State of Maryland, shall be binding upon the heirs, executors, administrators, successors, and assigns of the Guarantor and shall inure to the benefit of ELEX, its successors and assigns.

10. **Confession of Judgment. GUARANTOR LESSEE HEREBY AUTHORIZES MICHAEL J. LICHTENSTEIN, ESQ., OR ANY OTHER ATTORNEY WITH THE LAW FIRM OF SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A. ADMITTED TO PRACTICE IN THE STATE OF MARYLAND TO APPEAR ON BEHALF OF GUARANTOR BEFORE THE CLERK OF ANY STATE OR FEDERAL COURT IN MARYLAND OR IN ANY OTHER COURT IN ONE OR MORE PROCEEDINGS, OR BEFORE ANY OTHER CLERK THEREOF OR PROTHONOTARY OR OTHER COURT OFFICIAL, AND TO CONFESS JUDGMENT AGAINST GUARANTOR IN FAVOR OF ELEX IN THE FULL AMOUNT DUE UNDER THIS**

GUARANTY PLUS ATTORNEYS' FEES EQUAL TO FIFTEEN PERCENT (15%) OF THE AMOUNT DUE, PLUS COURT COSTS, ALL WITHOUT PRIOR NOTICE OR OPPORTUNITY OF GUARANTOR FOR PRIOR HEARING. GUARANTOR HEREBY AGREES AND CONSENTS THAT VENUE AND JURISDICTION SHALL BE PROPER IN ANY STATE OR FEDERAL COURT LOCATED IN THE STATE OF MARYLAND, GUARANTOR WAIVES THE BENEFIT OF ANY AND EVERY STATUTE, ORDINANCE, OR RULE OR COURT WHICH MAY BE LAWFULLY WAIVED CONFERRING UPON GUARANTOR ANY RIGHT OR PRIVILEDGE OF EXEMPTION, HOMESTEAD RIGHTS, STAY OF EXECUTION, OR SUPPLEMENTARY PROCEEDINGS, OR OTHER RELIEF FROM THE ENFORCEMENT OR IMMEDIATE ENFORCEMENT OF A JUDGMENT OR RELATED PROCEEDINGS ON A JUDGMENT. THE AUTHORITY AND POWER TO APPEAR FOR AND ENTER JUDGMENT AGAINST GUARANTOR SHALL NOT BE EXHAUSTED BY ONE OR MORE EXERCISES THEREOF, OR BY ANY IMPERFECT EXERCISE THEREOF, AND SHALL NOT BE EXTINGUISHED BY ANY JUDGMENT ENTERED PURSUANT THERETO; SUCH AUTHORITY AND POWER MAY BE EXERCISED ON ONE OR MORE OCCASIONS FROM TIME TO TIME, IN THE SAME OR DIFFERENT JURISDICTIONS, AS OFTEN AS ELEX SHALL DEEM NECESSARY, CONVENIENT, OR PROPER, NOTHWITHSTANDING THE FOREGOING, ELEX ACKNOWLEDGES THAT ATTORNEYS' FEES ARE STATED TO BE FIFTEEN PERCENT (15%) SOLELY FOR THE PURPOSE OF FIXING A SUM CERTAIN FOR WHICH JUDGMENT CAN BE ENTERED BY CONFESSION, AND ELEX AGREES THAT IN ENFORCING ANY SUCH JUDGMENT BY CONFESSION, ELEX SHALL NOT COLLECT, SOLELY WITH RESPECT TO ATTORNEYS; FEES INCURRED BY ELEX IN CONNECTION WITH SUCH INDEBTEDNESS, ANY AMOUNTS IN EXCESS OF THE ACTUAL AMOUNT OF ATTORNEYS' FEES AND EXPENSES REASONABLY CHARGED OR BILLED TO ELEX.

EACH VIRGINIA RESIDENT IRREVOCABLY APPOINTS GREGORY GRANT AND MEREDITH SCHRAMM-STROSSER, ANY ONE OF WHICH WHOM MAY ACT ALONE, AS ITS DULY CONSTITUTED ATTORNEY-IN-FACT WITH AUTHORITY, IN THE NAME, PLACE, AND STEAD OF SUCH GUARANTOR TO CONFESS JUDGMENT IN THE OFFICE OF THE CIRCUIT COURT OF FAIRFAX COUNTY, VIRGINIA, AGAINST SUCH GUARANTOR IN THE FULL AMOUNT DUE UNDER THIS GUARANTY AND ANY MODIFICATION, RENEWAL OR SUBSTITUTION THEREOF, WHETHER NOW OR HEREAFTER EXISTING, AND ALL COSTS OF COLLECTION (INCLUDING, BUT NOT LIMITED TO, REASONSABLE ATTORNEY'S FEES OF 15%). UPON THE OCCURRENCE OF ANY EVENT OF DEFAULT UNDER THIS GUARANTY OR ANY MODIFICATIN, RENEWAL OR SUBSTITUTIN THEREOF, WHETHER NOW OR HEREAFTER EXISTING, SUCH APPOINTMENT SHALL CONSTITUTE A POWER COUPLED WITH AN INTEREST AND SHALL REMAIN IN EFFECT UNTIL ANY AND ALL INDEBTEDNESS EVIDENCED BY THIS GUARANTY HAS BEEN PAID IN FULL.

[The Remainder of This Page Intentionally Left Blank]

IN WITNESS WHEREOF, the undersigned, intending to be legally bound hereby, has duly executed this Agreement under seal this 1st day of February, 2021.

INDIVIDUALS SIGN BELOW

Name: Harry D. Kamin
SS#: [redacted]5196

320 S Surf Road Apt 504, Hollywood, FL 33019
Residence Address

Signed and sworn to before me on this 1st day of February, 2021.

______________________ Signature
Notary Public

Kirk Hilliard Print Name
Notary Public

SEAL

KIRK DAVID HILLIARD
NOTARY PUBLIC
REG. #7839539
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MARCH 31, 2023

Name: Valeria V. Gunkova
SS#: [redacted]-9526

20701 Riptide Square, Sterling, VA 20165
Residence Address

Signed and sworn to before me on this 1st day of February, 2021.

______________________ Signature
Notary Public

Kirk Hilliard Print Name
Notary Public

SEAL

KIRK DAVID HILLIARD
NOTARY PUBLIC
REG. #7839539
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MARCH 31, 2023