# Meeting of the Members Skin Logic LLC

The meeting of the members of the above named limited liability company ("Company") was held on the 30 day of April 2021, at theéreof 10:30 am, and at the following location: 2 Pidgeon Hill Dr. Suite 100 Sterling VA 20165

Present was: Valeria Gunkova, Member

Harry D Kamin Member

Valeria Gunkova was requested to be the temporary Chairman of the meeting.

The meeting was called to order.
It was determined that a quorum was present in person, and the meeting could conduct business.

1. The Chairman determined and reported that notice of the first meeting had been properly given or waived by the members pursuant to the Operating Agreement of the Company.
2. A motion was made and carried that the documentation (if any) or the appropriate affidavit of mailing of notice or waiver of notice was ordered to attach to the meeting minutes. If no notice is attached, all members agreed that proper notice of the first meeting had been given.

3. There was presented to the meeting:
   a) A copy of the adopted Operating Agreement of the Company;
   b) Mr. Kamin request to cancel his membership and to exit from membership of the company;

4. Upon motion duly made, seconded, and unanimously carried, it was resolved that the Valeria Gunkova, reinstated as a member with 100% of ownership person(s) listed on the Operating Agreement of the Company, and was appointed as Manager, and would act as the Manager Member of the Company until another meeting of the members is held.

   a) AND BE IT FURTHER RESOLVED, members approved Mr. Kamin request to cancel his membership and to exit from membership of the company;
   b) AND BE IT FURTHER RESOLVED, that the "Membership Interest Transfer Agreement dated 4/10/2020 was canceled";

   There was no further business, and upon motion made, seconded, and unanimously carried, it was RESOLVED, that all the items and documents have been examined by all Members, and are approved and adopted, and that all the actions taken thus far have been ratified and approved by the members of the Company.

There being no further business, upon motion made, seconded, and unanimously carried, the meeting was adjourned.

PLAINTIFF'S EXHIBIT 59

Dated April 30, 2021

Valeria Gunkova, President Manager Member

Harry D. Kamin