

# Small Business Loan Application

Thank you for applying to Sandy Spring Bank. Please fill out this form in as much detail as possible, attach it to the applicable Supporting Information listed on the back of this application, and return everything to your Bank Officer or to Sandy Spring Bank, Small Business Loan Center, 17801 Georgia Avenue, Olney Maryland, 20832. If you have any questions, please contact your Bank Officer at 301-774-6400 or 1-800-399-5919.

### Important Information About Procedures for Opening a New Account

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. **What This Means for You.** When you open an account, we will ask for: your name, address, date of birth and other information that allow us to identify you. We may also ask to see your driver's license or other identifying documents.

### 1. General Business Information

Business Name: Skin logic LLC
Address: 2 Pidgeon Hill Dr 100
City: Sterling   State: VA   Zip: 20165
Telephone Number: 2154312670   E Mail: harry@ariamedispa.com   Date Firm Founded: 10/02/2009
Tax I.D. Number: ███3849   Number of Employees: 32

Legal Status:
- ☐ Corporation (Subchapter C)
- ☐ Sole Proprietorship
- ☐ Professional Corporation
- ☐ Other _____
- ■ Corporation (Subchapter S)
- ☐ Partnership
- ☐ Not-for-Profit

Description of Business Operations _____

Management/Ownership: Please list owners or partners and percentage of ownership.

| Name | Title | % of Ownership |
|---|---|---|
| Harry D Kamin | Director | 50.00% |
| Valeria V Gunkova | Manager | 50.00% |
|  |  | 0.00% |

How long has current ownership been in place? 6/13/2013

### 2. Credit Request

- ■ New Credit Line — $500,000.00
- ☐ Increase Existing Credit Line from $_____ to — $_____
- ☐ Term Loan (number of months: ____) — $_____
- ☐ Vehicle Loan (number of months: ____) — $_____
- ☐ Commercial Mortgage (number of months: ____) — $_____
- ☐ Other — $_____

Purpose of Request: Payroll, A/R supporrt

Credit lines of $50,000 or less may be used as overdraft protection on your Sandy Spring business checking account.
■ Please link my credit line to my business checking account number: _____

### 3. Collateral: Please list collateral available to secure your loan request(s) along with values and descriptions.

| Type | Description | Value | Existing Liens (Yes or No?) |
|---|---|---|---|
| Skin logic LLC | Business properties | $1,800,000.00 | no |
| 201701 Riptide sq | Homr | $580,000.00 | no |

PLAINTIFF'S EXHIBIT 67

**4. Business Depository Accounts**

| Bank Name | Account Number | Average Balance |
|---|---|---|
| TD Bank | 8519 | $ 38.00 |
|  |  |  |
|  |  |  |

**5. Business Loan Accounts:** Please supply the following information for all term loans, credit lines, mortgages, credit cards, equipment leases, etc. Attach additional sheets if necessary.

| Name of Creditor | Line or Loan | Secured or Unsecured | Total Outstanding Balance of Loan or Credit Line | Monthly Payment | Date Opened |
|---|---|---|---|---|---|
|  |  |  | $ | $ |  |
|  |  |  | $ | $ |  |
|  |  |  | $ | $ |  |

Total monthly business debt payments  $ 0.00

**6. Other Business Information:** If yes to any question below, please explain on an attached sheet.  Yes or No?
- Is the business currently involved in any litigation or other legal claims?  r No
- Has the business or any principal ever declared bankruptcy?  No
- Are any taxes currently past due by the business or any principal?  No
- Has the business incurred a loss in any of the last 3 years?  No
- Is the business for sale or under agreement that would change the ownership?  No
- Do any closely related business entities exist that are not a party to this application?  No
- Is the company directly liable on any debt not shown above?  No
- Is the business or any principal contingently liable as guarantor or endorser on any debt?  NO

**7. CITIZENSHIP/RESIDENCY**  Applicant: Yes  Co-Applicant: Yes
U.S. Citizen
Permanent Resident Alien*

*Proof of Permanent Resident Alien status must be presented at time of application. The card number and expiration date must be recorded for the loan file.

**8. Authorization:** The information contained in this application and statement is provided for the purpose of obtaining, or maintaining credit with you on behalf of the undersigned, or persons, firms, or corporations in whose behalf the undersigned may either severally or jointly with others, execute a guaranty in your favor. Each undersigned understands that you are relying on the information provided herein (including the designation made as to ownership of property) in deciding to grant or continue credit. Each undersigned represents and warrants that the <u>information provided is true and complete</u> and that you may consider this statement as continuing to be true and correct until a written notice of a change is given to you by the undersigned. You are authorized to make all inquiries you deem necessary to verify the accuracy of the statements made herein, and to determine my/our creditworthiness. You are authorized to answer questions about your credit experience with me/us. You authorize and instruct any person to complete and furnish to us any information that we may request and agree that such information, along with this application, shall remain our property. You authorize us to disclose any information in or relating to this application and/or account if approved (including information received from third persons) to any applicant for or guarantor of, this credit and to any of our existing or future subsidiaries, affiliates, and assigns, and to any potential assignee, transferee, or participant in the credit to which this application relates.

**For Personal Information Only:** Only your personal consumer information is subject to the following disclosure. Commercial entities may not opt out of affiliate sharing. **The Fair Credit Reporting Act permits us to share, among the Sandy Spring family of companies, information about you from consumer reporting agencies and other outside sources. If you do not wish us to provide this externally derived information to our affiliated companies, you may advise us by writing us at Sandy Spring Bank, ATTN: Quality Control-Operations, 17801 Georgia Ave., Olney, MD 20832. To help us identify this application/ account, please include your name, address, telephone number, social security number, and indicate that your request relates to your application/account. By notifying us as specified, the information that we may share among the Sandy Spring family of companies and others having the right to receive such information will be limited to that relating to our experience information about you (e.g., the existence, history and status of your account), but will not include other, externally derived information.**

FOR JOINT CREDIT APPLICANTS WE REQUIRE THAT THIS FINANCIAL STATEMENT BE SIGNED BY ALL APPLICANTS

Signature: Valeria V Gunkova  Date 12/22/2020
Signature: Harry D Kamin  Date 12/22/2020

2



# Summary Financial Statement

**The following sections must be completed for all loan requests up to $150,000. You may omit this page for all other requests.**

**9. Business Financial Information:** Please supply the following information from the business's most recent fiscal year end.

Tax Return or Financial Statement Date: _____

| | | | |
|---|---|---|---|
| Gross Sales | $ 1,186,590.00 | Total Assets | $ 3,745,788.00 |
| Net Income | $ 134,000.00 | Total Liabilities | $ 616,443.00 |
| Depreciation Expense | $ 68,000.00 | Accounts Receivable | $ 177,716.00 |
| Interest Expense | $ 34,000.00 | Accounts Payable | $ 35,418.00 |
| Owners Salary Expense | $ 75,000.00 | Fixed Assets (net) | $ 3,754,768.00 |
| Distributions Taken by Owners for Guaranteed Payments to Partners | $ 0.00 | Loans to/from Shareholders (net) | $ 0.00 |

**10. Owner/principal officer information:** Please supply the following information for each individual with 10% or more ownership *(If more than two individuals, copy and complete sections 8 through 10 of this application for each)*:

☒ **We intend to apply for joint credit**

Name: Valeria Gubnkova  
Social Security Number: ****9526  
Ownership %: 5,000.00%   Title: manager   Owner Since: 10/09/2009  
Home Address: 20701 riptide Sq   City: Sterling   State: VA   Zip: 20165  
Home Phone Number: (703444341)   Date of Birth: ****1978  
Total Salary and Distributions: $ 75.00   Other Income*: $ 15,000.00  
Monthly Mortgage/Rent Payment (personal residence): $ 1,450.00

Assets:                                          Liabilities:
Liquid Assets (cash, securities): $ 35,400.00    Credit Cards: $ 3,500.00
Primary Residence: $ 680.00                      Mortgage(s) on Residence: $ 145,000.00
Other Real Estate: $ _____                    Other Mortgage(s): $ _____
Retirement Accounts: $ _____                  Other Loans/Lines: $ _____

Name: Harry D Kamin  
Social Security Number: ****5196  
Ownership %: 50.00%   Title: Director   Owner Since: 09/2020  
Home Address: 320 s surf rd 504   City: Hollywood   State: FL   Zip: 33019  
Home Phone Number: (2154312670)   Date of Birth: ****46  
Total Salary and Owner's Distributions: $ 1.05   Other Income*: $ 1,460,090.00  
Monthly Mortgage/Rent Payment (personal residence): $ 0.00

Assets:                                              Liabilities:
Liquid Assets (cash, securities): $ 1,850,000.00     Credit Cards: $ 3,500.00
Primary Residence: $ 600.00                          Mortgage(s) on Residence: $ 0.00
Other Real Estate: $ 1,020,000.00                    Other Mortgage(s): $ 0.00
Retirement Accounts: $ 0.00                          Other Loans/Lines: $ 0.00

*NOTE: You do not have to include information about income from alimony, child support or separate maintenance payments unless you want us to consider this income in connection with this application for credit. Certain applications may require further consideration and additional information may be requested.

**SUPPORTING INFORMATION**

The information required depends on the type of request.

    **A. For all requests up to $150,000:**
- Completed Application and Summary Financial Statement (see pages 1 through 3)
- Most recent year's business tax return
- Articles of Incorporation/Organization, Corporate By-Laws or Organization Agreement
- If applicable, proof of insurance
- Completed and signed IRS 4506T form

    **B. For all other requests, leave page 3 of this application blank and please provide:**
- Business tax returns or business financial statements for the previous 2 years
- Completed Sandy Spring Bank Personal Financial Statement form (please ask your Bank Officer for a copy of our form)
- Personal tax returns for the previous 2 years
- Most recent interim financial statement including an income statement and balance sheet
- Articles of Incorporation/Organization, Corporate By-Laws or Organization Agreement
- If applicable, copy(s) of equipment invoice(s), accounts receivable and accounts payable agings or other information
- If applicable, proof of insurance
- Completed and signed IRS 4506T form(s)

    Certain applications may require further consideration and additional information may be requested.