**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| In Re: ) | |
| ) | |
| **VALERIA V. GUNKOVA** ) | Case No.: 23-11261-BFK |
| ) | Chapter 7 |
| **Debtor** ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Nancy D. Greene, Esquire, and the law firm of N D Greene PC (collectively the "Firm") respectfully requests that this Honorable Court grant their motion to withdraw as counsel to Debtor Valeria Gunkova.

1. Ms. Gunkova retained the Firm in September 2023 to represent her in a Chapter 11 bankruptcy matter.

2. The Firm entered its appearance in the underlying Chapter 11 case in September, 2023.

3. The case was converted to Chapter 7 on or about August 28, 2024.

6. On or about January 2, 2025, Ms. Gunkova began filing *pro se* motions in the main bankruptcy case. She has continued to do so through the date of this Motion.

7. By filing a *pro se* motion, Ms. Gukova has evidenced her intent to discontinue her use of the Firm's services.

8. The Firm and Ms. Gunkova have irreconcilable differences as to the representation in this case.

9. On July 31, 2025, the Firm advised Ms. Gunkova of certain steps she needed to take for the Firm to continue its representation of her in this case.

10. On August 8, 2025, the Firm advised Ms. Gunkova it believed it had no option

but to withdraw as her counsel and requested her consent. Ms. Gunkova did not respond to the Firm's inquiry.

11. On August 18, 2025, the Firm again advised Ms. Gunkova that it believed it had to withdraw from its representation and requested her consent.

12. Upon hearing no response to its inquiry, the Firm sent Ms. Gunkova a draft Motion to Withdraw and proposed Order on August 19, 2025, and requested she execute the proposed Order.

13. As of the time of this Motion, Ms. Gunkova has not returned the proposed Order.

14. The only pending motions are Ms. Gunkova's *pro* se motions and the Trustee's Motion to Compel Turnover of Property, which are scheduled for hearing on August 26 at 9:30 am. The substance of the Trustee's motion is addressed by the Debtor's pro se motions.

15. Withdraw is permissible under Virginia Rules of Professional Responsibility 1:16(b)(3)-(6).

16. No prejudice will attach from the Firm's withdrawal as Debtor as filed pro se motions which address the substance of the Trustee's motion and it appears Debtor intends to file a pro se opposition to the Trustee's motion. Also, the Trustee's motion will be heard after this Motion could be heard and Debtor will have sufficient time to retain replacement counsel, if she chooses, before any new matter would be heard.

17. The last known address of Debtor is 20701 Riptide Square, Sterling, VA 20165.

## **Waiver Of Memorandum Of Law**

18. Pursuant to Local Rule 9013-1(G), and because there are no novel issues of law presented in the motion and supporting case law is included in the memorandum, the Debtor

requests that the requirement that all motions be accompanied by a written memorandum be waived.

WHEREFORE, Nancy D. Greene, Esquire, and N D Greene PC respectfully request that this Honorable Court grant their motion to withdraw as counsel for the Debtor, Valeria Gunkova.

**Respectfully submitted,**
**VALERIA GUNKOVA**
**By Counsel**

  /s/ Nancy D. Greene
Nancy D. Greene, VSB 38984
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22030
T. (703) 539-0333
F. (703) 935.4294
ndg@ndglaw.com

**Certificate of Service**

**I HEREBY CERTIFY** that on August 20, 2025, a true and correct copy of the foregoing, was served electronically via ECF to those parties requesting notice and the US Trustee, and US Mail as indicated upon:

Valeria Gunkova
20701 Riptide Square
Sterling, VA 20165

/s/ Nancy D. Greene
Nancy D. Greene