**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **VALERIA V. GUNKOVA,** | * | **Case No. 23-11261-BFK** |
| | * | Chapter 7 |
| Debtor. | * | |

## ORDER DENYING DEBTOR'S MOTION TO AUTHORIZE AND COMPEL

This matter came for hearing on November 4, 2025, on the Debtor's Motion to Clarify and Authorize Use of Insurance Proceeds and Compel Abandonment ("**Motion**") [Docket No. 426], to segregate insurance proceeds subject to further order of the Court and compel Donald F. King, Trustee, to abandon the real property at 20701 Riptide Square, Sterling, VA 20165 ("**Property**"). The Trustee filed an objection to the Motion [Docket No. 432].

IT APPEARING to the Court that the Property, being property of the Debtor's bankruptcy estate, and abandonment, being in the Trustee's business judgment, it is therefore

ORDERED that the Motion is DENIED, and

IT IS FURTHER ORDERED that the Property remains property of the Debtor's bankruptcy estate, and Trustee may administer such Property, and any interests deriving from such Property, upon further order of this Court, and

IT IS FURTHER ORDERED that the Debtor may access any Additional Living Expense ("ALE") benefits as a result of a fire at same Property, provided such ALE benefits do not diminish insurance coverage otherwise available to the Trustee.

Debtor may file a notice of appeal within 14 days of entry of this Order pursuant to

---

Bandar K. Al-Saif (VSB No. 100059)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:    703-218-2144
Fax:    703-218-2160
Email:  Bandar.Al-Saif@ofplaw.com

*Counsel for Trustee*

Federal Rule of Bankruptcy Procedure 8002.

Dated: Nov 12 2025
Alexandria, VA

/s/ Brian F Kenney
**BRIAN F. KENNEY**
**United States Bankruptcy Judge**

Entered on Docket: Nov 13 2025

I ASK FOR THIS:

 /s/ *Bandar K. Al-Saif*
**Bandar K. Al-Saif (VSB No. 100059)**
**ODIN FELDMAN PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Tel:    703-218-2144**
**Fax:    703-218-2160**
**Email:  Bandar.Al-Saif@ofplaw.com**

*Counsel for Trustee*

### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I HEREBY CERTIFY that this Order has been endorsed by all necessary parties.

 */s/ Bandar K. Al-Saif*
Bandar K. Al-Saif

**PARTIES TO RECEIVE COPIES**:

Counsel for Trustee – to be served electronically

Debtor, Valeria V. Gunkova, by email at valeria@ariamedispa.com

2